Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 27 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No.: |
| JOSE MANUEL GONZALEZ TESTINO | § | UNDER SEAL |

H18-1203M

## MOTION TO SEAL

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and the Acting Chief of the Fraud Section of the United States Department of Justice, and respectfully requests that the Court enter an Order directing the Clerk of the Court to seal the Criminal Complaint, Arrest Warrant, Affidavit, this Motion, and the accompanying Order.

The requested sealing will protect the integrity of the ongoing investigation of Defendant Jose Manuel Gonzalez Testino and others. Any disclosure of the Criminal Complaint or other documents listed above may cause the defendant or others to flee the jurisdiction of the Court or destroy evidence. In addition, the United States requests that the Court order that the United States Attorneys Office may obtain copies of the sealed documents upon request to the Clerk's Office.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
John P. Pearson
Robert S. Johnson
Assistant United States Attorneys


SANDRA MOSER
ACTING CHIEF, FRAUD SECTION
U.S. DEPT. OF JUSTICE

by: _____
Jeremy R. Sanders
Sarah E. Edwards
Trial Attorneys, U.S. Dept. of Justice