**CRIMINAL DOCKET**

United States Courts
Southern District of Texas
FILED

MAY 14 2019

Filed David J. Bradley, Clerk of Court

No. 19-CR-341

**HOUSTON DIVISION**

USAO Number: 2018R25288
Magistrate Number: 4:18-1203

**CRIMINAL INFORMATION**

Judge: Rosenthal

**UNITED STATES of AMERICA**
vs.

JOSE M. GONZALEZ-TESTINO

**ATTORNEYS:**

RYAN K. PATRICK, USA — (713) 567-9000

JOHN P. PEARSON — (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| James Madison Ardoin, III | ✔ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:** (TOTAL) (COUNTS:) ( 3 )

Ct. 1: Conspiracy [18 USC § 371]

Ct. 2: Foreign Corrupt Practices Act [15 USC § 78dd-2 & 18 USC § 2]

Ct. 3: Failure to File Foreign Bank Account Report [31 USC §§ 5314 and 5322(a) & 18 USC § 2]

**PENALTY:** Ct. 1: Up to 5 years imprisonment, $250,000 fine or twice the pecuniary gain or loss, 3 years SRT, and $100 SA.
Ct. 2 & 3: Up to 5 years imprisonment, $250,000 fine, 3 years SRT, and $100 SA

NOTICE OF CRIMINAL FORFEITURE: 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS of Surety:

**PROCEEDINGS:**