United States District Court
Southern District of Texas
**ENTERED**
~~May 31~~, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | H-19-cr-00341 |
|---|---|---|---|

United States of America

*versus*

JOSE MANUEL GONZALEZ TESTINO

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah E. Edwards<br>Fraud Section, Department of Justice<br>1400 New York Avenue<br>Washington, DC 20005<br>(202) 305-6761, sarah.edwards@usdoj.gov<br>New York, registration no. 5001789 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 5/24/2019   Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 5-28-19   Clerk's signature: [signature]

**Order**

Dated: 5-28-19

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge