UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 4:19-cr-341

JOSE M. GONZALEZ-TESTINO,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT JOSE M. GONZALEZ-TESTINO'S
UNOPPOSED MOTION FOR LEAVE TO GO TO THE
<u>FLORIDA DRIVER'S LICENSE BUREAU TO RENEW HIS DRIVER'S LICENSE</u>**

THIS CAUSE, having come before the Court and the Court having reviewed Defendant Jose M. Gonzalez-Testino's Unopposed Motion for Leave to Go to the Florida Driver's License Bureau to Renew his Driver's License ("Motion"), and having been otherwise fully advised in this matter, and there being no opposition, it is hereby,

ORDERED and ADJUDGED that the Motion is hereby GRANTED.

DONE AND ORDERED in Houston, Texas on the ____ day of September, 2019.

_____
THE HONORABLE GRAY H. MILLER
UNITED STATES DISTRICT COURT JUDGE

cc:    Counsel of Record

{M1661598.1}