United States District Court
Southern District of Texas
**ENTERED**
September 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE M. GONZALEZ-TESTINO,

    Defendant.
_____//

CASE NO. 19-cr-00341

**ORDER GRANTING DEFENDANT JOSE M. GONZALEZ-TESTINO'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR TEMPORARY RELEASE OF THE PASSPORTS OF MARIA ALEJANDRA DIAZ AND TO PERMIT TRAVEL**

THIS CAUSE, having come before the Court and the Court having reviewed Defendant Jose M. Gonzalez-Testino's unopposed motion for leave to file under seal motion for temporary release of the passports of Maria Alejandra Diaz and to permit travel, having been otherwise fully advised in this matter, and there being no opposition, it is hereby,

ORDERED and ADJUDGED that said Motion is hereby GRANTED. The Clerk is ordered to seal Defendant Jose Manuel Gonzalez-Testino's Unopposed Sealed Motion for Temporary Release of the Passports of Maria Alejandra Diaz and to permit to travel.

DONE AND ORDERED in Houston, Texas, this 21st day of September, 2020.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

{M1759796.1}