UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              CASE NO. 19-cr-00341

v.

JOSE M. GONZALEZ-TESTINO,

    Defendant.
_____//

**ORDER GRANTING DEFENDANT JOSE M. GONZALEZ-TESTINO'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AGREED MOTION FOR CHANGE OF CONDITIONS OF RELEASE**

THIS CAUSE, having come before the Court and the Court having reviewed Defendant Jose M. Gonzalez-Testino's unopposed motion for leave to file under seal Agreed Motion for Change of Conditions of Release and having been otherwise fully advised in this matter, and there being no opposition, it is hereby,

ORDERED and ADJUDGED that said Motion is hereby GRANTED. The Clerk is ordered to seal Defendant Jose Manuel Gonzalez-Testino's Agreed Motion for Change of Conditions of Release.

DONE AND ORDERED in Houston, Texas, this ____ day of _____, 202___.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

{M1786588.1}