UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA § § §
v. §     CRIMINAL ACTION H-19-341
§ §
JOSE M GONZALEZ-TESTINO *on bond* §

## Order

The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendant by July 16, 2021.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 30, 2021.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by August 13, 2021.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than NOON the Monday prior to sentencing to be considered.**

5. The sentencing will be held on August 19, 2021 at 10:00 a.m.

Signed at Houston, Texas on January 14, 2021.

Gray H. Miller
Senior United States District Judge