# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20210512-130

Jose M Gonzalez-Testino
200 Biscayne Blvd Way
Miami, FL US 33131

United States Courts
Southern District of Texas
F I L E D

MAY 2 7 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, May 12, 2021
Case Number: 4:19-cr-00341
Document Number: 119 (1 page)
Notice Number: 20210512-130
Notice: The attached order has been entered.

**CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
F I L E D

MAY 27 2021

Nathan Ochsner, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.51⁰
0000 1374615 MAY. 17. 2021

NIXIE        331   DE 1           0005/22/21
            RETURN TO SENDER
            INSUFFICIENT ADDRESS
            UNABLE TO FORWARD

BC: 7720810101010     *0933-04907-18-01