United States District Court
Southern District of Texas
**ENTERED**
October 05, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:19−cr−00341 |
| | § | |
| Jose M Gonzalez−Testino | § | |

## ORDER RESETTING SENTENCING

The sentencing of **Jose M Gonzalez−Testino** is reset:

1.      The presentence investigation report is to be disclosed by November 7, 2022.

2.      Counsel will file objections or a statement of no objections by November 21, 2022.

3.      The final presentence investigation report and addendum will be filed by December 5, 2022.

4.      The sentencing hearing is reset to **December 14, 2022 at 11:00 AM**.

Signed on October 5, 2022, at Houston, TX
.

_____

Gray H. Miller
Senior United States District Judge

(Copy: U.S. Probation Officer C. Hopkins)