# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                 Case Number: 4:19–cr–00341

Jose M Gonzalez–Testino

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Gray H Miller

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/15/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Sentencing


Date:   October 11, 2022

                                                                    Nathan Ochsner, Clerk