United States District Court
Southern District of Texas
**ENTERED**
December 14, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:19−cr−00341 |
| | § | |
| Jose M Gonzalez−Testino | § | |

**ORDER RESETTING SENTENCING**

The sentencing of **Jose M Gonzalez−Testino** is reset:

1. The presentence investigation report is to be disclosed by December 21, 2022.

2. Counsel will file objections or a statement of no objections by January 4, 2023.

3. The final presentence investigation report and addendum will be filed by January 18, 2023.

4. The sentencing hearing is reset to **January 25, 2023 at 10:30 AM**.

Signed on December 14, 2022, at Houston, TX
.

_____
Gray H. Miller
Senior United States District Judge