# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:19–cr–00341

Jose M Gonzalez–Testino

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Jose M Gonzalez–Testino as set forth below.**

**Before the Honorable Gray H Miller**

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/22/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date: February 9, 2023                                                                 Nathan Ochsner, Clerk