## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 4:19–cr–00341

Jose M Gonzalez–Testino

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Gray H Miller

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/24/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing


Date:   February 22, 2023

Nathan Ochsner, Clerk