UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  CASE NO. 19-cr-00341

v.

JOSE M. GONZALEZ-TESTINO,

    Defendant.
_____//

**UNOPPOSED MOTION TO EXONERATE BOND**

Defendant, Jose Manuel Gonzalez-Testino's counsel moves for an order exonerating the bond in this matter. On July 23rd, 2019, this Honorable Court entered its Appearance Bond Order with Conditions of Release [D.E. 59] ("the Order") and the Defendant was released on bond pending sentencing. Gonzalez-Testino passed away on Wednesday March 1, 2023.[1]

WHEREFORE, Counsel for the Defendant requests that this Court grant his motion to exonerate the bond.

                                            Respectfully submitted,

                                            **JONES WALKER LLP**
                                            201 S. Biscayne Blvd., Thirtieth Floor
                                            Miami, Florida 33131
                                            Telephone: 305-679-5700
                                            Facsimile: 305-679-5710
                                            **/s/ Edward R. Shohat**
                                            SDTX Fed. Id. No. 3282621
                                            Email: eshohat@joneswalker.com
                                            **/s/ Monique Garcia**
                                            Texas Bar No. 24094671
                                            Email: mgarcia@joneswalker.com

---

[1] There is no Death Certificate on file as of now.

**CERTIFICATE OF CONFERENCE**

Counsel for Mr. Gonzalez-Testino has conferred with AUSA Marihug Cedeno who states that the Government does not oppose the relief sought in this motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 15th day of March, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Rodney Claxton U.S. Probation Officer
Southern District of Texas – Houston
Email: Rodney_Claxton@txsp.uscourts.gov

/s/ Edward R. Shohat
_____
EDWARD R. SHOHAT, Esquire