United States District Court
Southern District of Texas
**ENTERED**
January 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| v. | § § | Criminal Action H-19-341 |
| Jose M. Gonzalez-Testino | § § § | |

## Order of Dismissal

On the government's motion to dismiss, the information filed against Jose M. Gonzalez-Testino is dismissed and this case is closed. (Docket Entry No. 204).

Signed at Houston, Texas on January 3, 2024.

_____
Gray H. Miller
United States District Judge