1
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
2
## HOUSTON DIVISION

3

**UNITED STATES OF AMERICA**      §    **4:19-CR-00341-1**
4                                  §
**V.**                             §    **11:42 A.M. TO 12:32 P.M.**
5                                  §
**JOSE M. GONZALEZ-TESTINO**       §    **MAY 29, 2019**
6

## HEARING ON RE-ARRAIGNMENT
7
## BEFORE THE HONORABLE GRAY H. MILLER
## Volume 1 of 1 Volume
8
**APPEARANCES:**

9
**FOR THE UNITED STATES OF AMERICA:**
Attorney John P. Pearson
10   US Attorney's Office
1000 Louisiana
11   Suite 2300
Houston, Texas 77002
12   (713) 567-9000
        and
13   Attorney Sarah E. Edwards
Attorney Sonali D. Patel
14   Fraud Section, Department of Justice
1400 New York Avenue
15   Washington, DC 20005
(202) 305-6761
16

**FOR THE DEFENDANT JOSE M. GONZALEZ-TESTINO:**
17   Attorney Antonio M. Pozos
Drinker Biddle & Reath
18   One Logan Square
Suite 2000
19   Philadelphia, PA 19103-6996
(215) 988-3327
20        and
Attorney Charles August Banker, III
21   Attorney at Law
405 Main Street
22   Suite 910
Houston, Texas 77002
23   (713) 227-4100

24   **ALSO IN ATTENDANCE:**
Defendant Jose M. Gonzalez-Testino
25

1    **APPEARANCES (continued):**

2    Spanish Language Interpreter:
     Mr. Gregorio Ayala
3    Houston Interpreting
     515 Rusk
4    Houston, Texas   77002

5    Court Reporter:
     Laura Wells, RPR, RMR, CRR, RDR
6    601 Rosenberg, Suite 615
     Galveston, Texas 77550
7
     Proceedings recorded by mechanical stenography.
8    Transcript produced by computer-assisted transcription.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 **PROCEEDINGS**

2          THE COURT:  All right.  The Court calls Criminal

3 Case 19-341, United States of America v. Jose

4 Gonzalez-Testino.

11:42:06  5     Who is here for the government?

6          MS. EDWARDS:  Good morning, Your Honor.  Sarah

7 Edwards for the United States, and with me at counsel

8 table are Sonali Patel and John Pearson.

9          THE COURT:  Thank you.  Appreciate it.  Good

11:42:19  10 morning, Ms. Edwards.

11     And for the defendant?

12          MR. POZOS:  Good morning, Your Honor.  Antonio

13 Pozos on behalf of Mr. Gonzalez.  With me today is Charles

14 Banker.

11:42:26  15     Your Honor, as an administrative matter, I have a pro

16 hac vice motion pending, but I'm not sure it made it all

17 the way up.

18          THE COURT:  All right.  It's granted.

19          MR. POZOS:  Thank you.

11:42:36  20          THE COURT:  Good afternoon.  No.  It's still

21 morning.  Good morning to both of you.

22     And the defendant is present?

23          MR. POZOS:  He is, Your Honor.

24          THE COURT:  And he has an interpreter who is

11:42:46  25 interpreting the proceedings for him this morning.

1    So this is an initial appearance.  He has had a

2  detention hearing  --

3        MS. EDWARDS:  Is Mr. Gonzalez-Testino using the

4  translation or is that for members of his family, just to

11:43:03   5  be clear?

6        THE INTERPRETER:  If I may, Your Honor, it's for

7  the family.  The defendant stated that he speaks English.

8  My interpreting services are for the family members

9  present.

11:43:11  10        THE COURT:  Okay.  I'm sorry.

11        MS. EDWARDS:  Thank you, Judge.  I just wanted to

12  make sure.

13        THE COURT:  No.  Thank you.  That's a good

14  clarification.  I see he does not have the earphones on

11:43:18  15  now.

16     My apologies, sir.

17        THE DEFENDANT:  No problem.

18        THE COURT:  So you are proficient in English.

19  You do not need an interpreter.

11:43:24  20        THE DEFENDANT:  Yes, sir.

21        THE COURT:  Thank you very much, Ms. Edwards.

22     So I initially need to advise the defendant of the

23  charges against him in Counts One, Two, and Three of the

24  indictment.

11:43:38  25     In Count One of the indictment you are charged with

1    conspiracy to violate the Foreign Corrupt Practices Act.

2         Do you understand the charge in Count One?

3              THE DEFENDANT:  Yes, Your Honor.

4              THE COURT:  All right.  In order for you to be

11:43:50  5  convicted of that offense, the government has to prove the

6    following three things beyond a reasonable doubt:

7         Number one, that you and at least one other person

8    made an agreement to violate the Foreign Corrupt Practices

9    Act as charged in the information.

11:44:02  10      This is an information rather than an indictment?

11              MR. POZOS:  That's correct, Your Honor.

12              THE COURT:  All right.  As charged in the

13   information.

14        Second, that you knew the unlawful purpose of this

11:44:12  15  agreement, and you joined in it willfully, that is with

16   the intent to further its unlawful purpose.

17        And third, that one of the conspirators during the

18   existence of this conspiracy knowingly committed at least

19   one of the overt acts described in the information in

11:44:28  20  order to accomplish some object or purpose of the

21   conspiracy.

22        The government has to prove each of those three things

23   beyond a reasonable doubt for you to be convicted of the

24   offense that's alleged in Count One of the information.

11:44:39  25      Do you understand that?

*Laura Wells, RPR, RMR, CRR, RDR*

1         THE DEFENDANT:  Understood.  Yes, Your Honor.

2         THE COURT:  All right.  Do you understand?

3         THE DEFENDANT:  Yes.

4         THE COURT:  All right.  Now, if you are

11:44:45  5  convicted, the statutory maximum penalty is five years

6  imprisonment and a fine of $250,000 or twice the pecuniary

7  gain or loss.

8         Do you understand that?

9         THE DEFENDANT:  Yes, Your Honor.

11:44:57  10        THE COURT:  All right.  The Court would also

11  require you to pay a special assessment of $100 for each

12  count of which you are convicted or which you plead

13  guilty, which in your case, if you plead guilty to three

14  counts, would be $300.

11:45:10  15        Do you understand that?

16        THE DEFENDANT:  Yes, Your Honor.

17        THE COURT:  Now, Count One of the information

18  carries a period of supervised release of three years.

19  I'll talk to you a little bit more about supervised

11:45:20  20  release later.

21        With respect to Count Two of the information, that is

22  a substantive violation of the Foreign Corrupt Practices

23  Act.

24        Do you understand that count?

11:45:29  25        THE DEFENDANT:  Yes, Your Honor.

*Laura Wells, RPR, RMR, CRR, RDR*

1          THE COURT:  All right.  Now, in order for you to

2     be convicted of that offense, the government has to prove

3     seven things beyond a reasonable doubt.

4          First of all, that you -- that the defendant is either

11:45:41   5     a domestic concern or an officer, director, or employee,

6     or agent of a domestic concern.  A "domestic concern" is

7     an individual who is a U.S. citizen or resident or any

8     U.S. corporation.

9          Secondly, you acted corruptly and willfully.

11:45:57   10     Third, that you made use of or caused the use of a

11     means or instrumentality of interstate commerce in

12     furtherance of an unlawful act under the Foreign Corrupt

13     Practices Act.  That includes causing money to be wired

14     from a bank in one state to a bank in another state or to

11:46:14   15     cause money to flow from inside the country to outside the

16     country or vice versa.

17          Number four, that you offered, paid, promised to pay,

18     or authorized the payment of money or anything of value.

19          Number five, that the payment or gift was to a foreign

11:46:30   20     official or to any person while the defendant knew that

21     all or a portion of the payment or gift would be offered,

22     given, or promised, directly or indirectly, to a foreign

23     official.  "Foreign official" means any officer or

24     employee of a foreign government or any department,

11:46:46   25     agency, or instrumentality of a foreign government.

1    Six, that the payment was for one of four purposes.

2    Either to influence any act or decision of the foreign

3    public official in his or her official capacity or, two,

4    to induce the foreign official -- foreign public official

11:47:05    5    to do or omit to do any act in violation of that

6    official's lawful duty or, number three, to induce that

7    foreign official to use his or her influence with a

8    foreign government or instrumentality thereof to affect or

9    influence any act or decision of such government or

11:47:21    10    instrumentality or, four, to secure any improper

11    advantage.

12    And number seven, that the payment was made to assist

13    the defendant, that's you, in obtaining or retaining

14    business for or with or directing business to any person.

11:47:35    15    So all seven of those things have to be proved beyond

16    a reasonable doubt for you to be convicted of the offense

17    alleged in Count Two of the information.

18    Do you understand that?

19    THE DEFENDANT:  I understand.

11:47:44    20    THE COURT:  All right.  Now the statutory maximum

21    penalty for violating the Foreign Corrupt Practices Act is

22    imprisonment for not more than five years and a fine of

23    not more than $250,000 or, again, twice the amount of the

24    criminally derived property involved in the transaction,

11:48:01    25    whichever is greater, a $100 special assessment, and a

*Laura Wells, RPR, RMR, CRR, RDR*

1    period of supervised release of, what is it, three years?

2    Let's see.

3              MS. EDWARDS:  Yes, Your Honor.

4              THE COURT:  Three years of supervised release.

11:48:15    5    All right.  Now, Count Three of the information

6    charges you with failure to file a Foreign Bank Account

7    Report.

8         Do you understand the charge in Count Three?

9              THE DEFENDANT:  Yes, Your Honor, I understand.

11:48:25    10              THE COURT:  All right.  Now, in order for you to

11   be convicted of that offense, the government has to prove

12   the following six things beyond a reasonable doubt.

13        First of all, that you were a U.S. citizen or a

14   resident or a person doing business in the United States

11:48:37    15   during the relevant period.

16        Secondly, that you had a financial interest in or

17   signatory or other authority over a bank security or other

18   financial account during the relevant period.

19        Third, that the account had a balance that exceeded

11:48:53    20   $10,000 at some point during the relevant period.

21        And fourth, the account was in a foreign country.

22        Fifth, that you failed to disclose the account.

23        And six, that the failure to disclose was willful.

24        Those six things have to be proved beyond a reasonable

11:49:10    25   doubt for you to be convicted of the offense alleged in

1    Count Three of the information.

2        Do you understand?

3            THE DEFENDANT:  I understand, Your Honor.

4            THE COURT:  All right.  Now, the maximum penalty

11:49:18   5    in that case, if you are convicted, is five years

6    imprisonment and a fine of $250,000, or twice the

7    pecuniary gain or loss, a $100 special assessment, and

8    three years of supervised release.

9        Do you understand that?

11:49:33   10           THE DEFENDANT:  I understand, Your Honor.

11           THE COURT:  All right.  Now, you are entitled to

12   be represented by an attorney in this case, and you have

13   retained attorneys to represent you.

14       Do you understand that?

11:49:44   15           THE DEFENDANT:  Yes, I understand.

16           THE COURT:  All right.  Now, if you did not have

17   the funds to retain an attorney, the Court would appoint

18   an attorney to represent you without any charge to you.

19       Do you understand that?

11:49:53   20           THE DEFENDANT:  I understand, Your Honor.

21           THE COURT:  All right.  Now, it's my

22   understanding that you wish to enter a plea of guilty to

23   Counts One, Two, and Three of the information.

24       Is that correct?

11:50:05   25           THE DEFENDANT:  Correct, Your Honor.

*Laura Wells, RPR, RMR, CRR, RDR*

1          THE COURT:  All right.  Now before I can accept

2     the plea of guilty from you, I have to ask you certain

3     questions that you must answer under oath.

4          I need to be sure that your plea of guilty is

11:50:15  5     voluntary, entered into freely and without coercion.

6          I need to be sure that your plea is informed, entered

7     with a clear understanding of the consequences of pleading

8     guilty and with an understanding of all of the legal

9     rights that you give up when you plead guilty.

11:50:30  10     I also need to make sure that there is a basis in fact

11     for your plea of guilty.

12          So to the extent that you can, would you please raise

13     your right hand to be placed under oath.

14          THE DEFENDANT:  (Complying.)

11:50:40  15          CASE MANAGER:  Do you solemnly swear that the

16     testimony you are about to give in the case now before the

17     Court will be the truth, the whole truth and nothing but

18     the truth so help you God?

19          THE DEFENDANT:  I swear.

11:50:48  20          THE COURT:  All right.  Thank you.

21          Do you understand that you have now been placed under

22     oath and that if you answer any of my questions falsely

23     your answers could later be used against you in another

24     prosecution for perjury, that is, making a false statement

11:51:01  25     under oath?

*Laura Wells, RPR, RMR, CRR, RDR*

1      Do you understand that?

2            THE DEFENDANT:  I understand, Your Honor.

3            THE COURT:  All right.  It's very important that

4      you listen carefully to all of my questions and that you

11:51:08   5      give me truthful answers to all those questions.

6      Will you do that?

7            THE DEFENDANT:  Yes, Your Honor.

8            THE COURT:  Tell me your full name, please.

9            THE DEFENDANT:  Jose Manuel Gonzalez-Testino.

11:51:20   10            THE COURT:  How old are you?

11            THE DEFENDANT:  49 years.

12            THE COURT:  How far in school did you go?

13            THE DEFENDANT:  I went to school in Venezuela,

14      Caracas.  You mean university or school?

11:51:30   15            THE COURT:  Yes, both.

16            THE DEFENDANT:  Both?

17            THE COURT:  Your highest level of education.

18            THE DEFENDANT:  Highest degree is a master's

19      degree.

11:51:36   20            THE COURT:  Your master's degree.  And your

21      master's degree is in what area?

22            THE DEFENDANT:  In administration.

23            THE COURT:  Administration.  All right.  And that

24      was in Venezuela?

11:51:44   25            THE DEFENDANT:  Right.

1           THE COURT:  Are you able to read and write the

2    English language without any difficulty?

3           THE DEFENDANT:  Correct.  Yes.

4           THE COURT:  All right.  Have you ever been

11:51:51    5    treated for a mental illness or psychological problems of

6    any kind?

7           THE DEFENDANT:  No, sir.

8           THE COURT:  Are you addicted to any drugs?

9           THE DEFENDANT:  No, sir.

11:51:58    10          THE COURT:  Are you sick today in any way that

11   would prevent you from understanding what is happening

12   here?

13          THE DEFENDANT:  No, sir.

14          THE COURT:  Have you taken any medication, either

11:52:07    15   over-the-counter medication or prescription medication, in

16   the last few days or today?

17          THE DEFENDANT:  No, sir.

18          THE COURT:  Have you had any illegal drugs or

19   alcohol in the last few days or today?

11:52:17    20          THE DEFENDANT:  No, sir.

21          THE COURT:  Are you presently under the influence

22   of any drug or alcohol?

23          THE DEFENDANT:  No, sir.

24          THE COURT:  Have you had enough time to talk to

11:52:25    25   your attorney?

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  And are you satisfied with your

3     attorneys?

4          THE DEFENDANT:  Yes, sir.

11:52:28  5          THE COURT:  Do you need to ask them any questions

6     or get any advice from them before we go on?

7          THE DEFENDANT:  No, sir.

8          THE COURT:  All right.  During the course of the

9     hearing if at any point you need to ask your attorneys a

11:52:39  10    question or get advice from them, you can do that before

11    you answer my questions.

12       Do you understand that?

13          THE DEFENDANT:  I understand.  Thank you, sir.

14          THE COURT:  All right.

11:52:46  15    Mr. Pozos, have you had enough time to investigate the

16    law and the facts of your client's case?

17          MR. POZOS:  I have, Your Honor.

18          THE COURT:  Are you confident that your client

19    understands the charges against him and the range of

11:52:58  20    punishment he faces in this case?

21          MR. POZOS:  I have, Your Honor.

22          THE COURT:  Has he been able to fully cooperate

23    with you?

24          MR. POZOS:  He has, Your Honor.

11:53:05  25          THE COURT:  In your opinion, is he mentally

1    competent to enter a plea of guilty?

2              MR. POZOS:  Yes, Your Honor, he is.

3              THE COURT:  All right.  The Court finds that the

4    defendant knowingly, voluntarily, intelligently, and with

11:53:16    5    the advice of his attorneys seeks to enter a plea of

6    guilty.

7          Now, sir, before I can accept a plea of guilty from

8    you I need to make sure that you understand all of the

9    legal rights that you are giving up when you plead guilty.

11:53:28    10         So first of all, you have the right, if you wish, to

11   plead not guilty to these charges; and if you plead not

12   guilty, then you would be entitled to have a trial on

13   these charges.

14         Do you understand your right to have a trial?

11:53:40    15             THE DEFENDANT:  I understand, Your Honor.

16             THE COURT:  Now if we had a trial, you would be

17   tried by a jury of 12 citizens from this district or by

18   the judge without a jury if everyone agreed to that.

19         Do you understand that?

11:53:51    20             THE DEFENDANT:  I understand, sir.

21             THE COURT:  All right.  You are entitled to be

22   represented by an attorney in this case.  You have hired

23   attorneys.  If you didn't have the funds to hire an

24   attorney, the Court would have appointed an attorney.

11:54:00    25         Do you understand?

*Laura Wells, RPR, RMR, CRR, RDR*

1          THE DEFENDANT:  I understand.

2          THE COURT:  Now, at this trial the burden would

3    be on the United States to prove your guilt beyond a

4    reasonable doubt on each charge against you and you would

11:54:11    5    have no burden to prove that you were innocent because

6    under our system of justice you are presumed to be

7    innocent.

8          Do you understand the presumption of innocence?

9          THE DEFENDANT:  I understand.

11:54:21    10          THE COURT:  Now, in order to prove your guilt

11    beyond a reasonable doubt the government would call

12    witnesses, and they would appear and testify here in open

13    court under oath.  You and your attorneys would see and

14    hear all of these witnesses, and then they would be

11:54:35    15    allowed to ask them questions on your behalf.

16          Do you understand that?

17          THE DEFENDANT:  I understand.

18          THE COURT:  You would have no obligation to

19    present any evidence or to call any witnesses.

11:54:44    20          However, you would have the right to do so, if you

21    wanted to, and that would include the right to subpoena

22    witnesses, that is, to require them to come into court and

23    testify on your behalf.

24          Do you understand that right?

11:54:55    25          THE DEFENDANT:  I understand, Your Honor.

1          THE COURT:  During this trial you would also have

2     the right to remain silent.  You could testify on your own

3     behalf if you wanted to, but you are under no obligation

4     to do so because no one can compel you to be a witness

11:55:09  5     against yourself.  And if you chose to exercise your right

6     to remain silent, it could not be held against you.  In

7     fact, you would have the right to have the jury instructed

8     that they could not use your silence as any evidence of

9     your guilt in this case.

11:55:24  10          Do you understand the right to remain silent?

11          THE DEFENDANT:  I understand, Your Honor.

12          THE COURT:  Now, the fact that you chose to

13     present evidence of any kind at trial would never change

14     the burden of proof.  That burden would remain on the

11:55:33  15     government until the very end of the case, and at this

16     trial you could not be convicted unless every member of

17     the jury found that you were guilty beyond a reasonable

18     doubt.  In other words, the verdict would have to be

19     unanimous by all 12 members of the jury.

11:55:50  20          Do you understand that?

21          THE DEFENDANT:  I understand, Your Honor.

22          THE COURT:  Now, if you plead guilty today and I

23     accept your plea, then your guilt is established and you

24     will not have a trial.

11:55:59  25          Do you understand that?

*Laura Wells, RPR, RMR, CRR, RDR*

1          THE DEFENDANT:  I understand that, sir.

2          THE COURT:  Also, by pleading guilty today you

3  are giving up the right to have the facts that are pleaded

4  in the information or that affect your sentence proven to

11:56:10    5  a jury or proven beyond a reasonable doubt.

6      Do you understand?

7          THE DEFENDANT:  I understand that, Your Honor.

8          THE COURT:  Also, by pleading guilty today you

9  are giving up the right to make a number of arguments

11:56:21   10  later on to try and get your conviction set aside or your

11  sentence set aside or reduced, arguments that you could

12  have made if you had gone to trial and been convicted

13  rather than pleading guilty.

14      Do you understand that?

11:56:35   15          THE DEFENDANT:  I understand.

16          THE COURT:  For example, you could not come

17  forward later and argue that there were defects in the way

18  that you were investigated, arrested, or prosecuted in

19  order to challenge your conviction or your sentence.

11:56:47   20      You would give up the right to claim that you were

21  subjected to an illegal search and seizure, that you gave

22  an unconstitutional confession, or that your right to a

23  speedy trial was violated.

24      Now this is not a complete list, just a few examples;

11:57:02   25  but I want you to clearly understand that if you plead

*Laura Wells, RPR, RMR, CRR, RDR*

1    guilty and I accept your plea that you will not be able to

2    raise these or similar defenses later on to attack a

3    conviction for your sentence.

4        Do you understand that?

5        THE DEFENDANT:  I understand all of that, Your

6    Honor.

7        THE COURT:  All right.  Very good.  So you

8    understand that by entering a plea of guilty today you are

9    giving up your right to a trial and all of these other

10   legal rights that I have just explained to you; is that

11   correct?

12       THE DEFENDANT:  That's correct, Your Honor.

13       THE COURT:  Are you a citizen of the United

14   States?

15       THE DEFENDANT:  Yes, sir.

16       THE COURT:  All right.  These are felony

17   offenses.  And if your plea is accepted, you will be

18   convicted and you may lose your rights to vote, to hold

19   public office, to serve on a jury, or to possess any kind

20   of a firearm in the future.

21       Do you understand that?

22       THE DEFENDANT:  I understand that, sir.

23       THE COURT:  All right.  Now, this matter is

24   before the Court on what we call a criminal information.

25   You have a right to be indicted by a federal grand jury on

1  these charges.  It's my understanding that you wish to

2  give up your right to be indicted by a grand jury and

3  proceed on the basis of the pending criminal information;

4  is that correct?

11:58:12  5      THE DEFENDANT:  That's correct, Your Honor.

6      THE COURT:  All right.  Have you discussed this

7  with your attorney?

8      THE DEFENDANT:  Yes.

9      THE COURT:  Has he answered all of your questions

11:58:19  10  about this?

11      THE DEFENDANT:  Yes, sir.

12      THE COURT:  Do you believe it's in your best

13  interest to waive indictment and proceed on the

14  information?

11:58:25  15      THE DEFENDANT:  Yes, that's correct.

16      THE COURT:  Mr. Pozos, is that your advice to

17  your client?

18      MR. POZOS:  It is, Your Honor.

19      THE COURT:  In your opinion, is that in your

11:58:31  20  client's best interest?

21      MR. POZOS:  It is.

22      THE COURT:  And you have fully explained to him

23  his rights?

24      MR. POZOS:  I have, Your Honor.

11:58:37  25      THE COURT:  All right.  The Court accepts and

1    approves the defendant's waiver of indictment in this

2    case, and we will proceed on the basis of the information.

3        All right.  I have already explained to you the

4    charges against you in this case.  I did mention

11:58:50    5    supervised release.  There is a period of supervised

6    release of three years that applies to each one of these

7    counts in the information.  Supervised release carries

8    with it certain conditions that you must comply with after

9    you are released from prison.  And if you fail to comply

11:59:07    10    with the conditions in your supervised release, then I can

11    revoke your supervised release and send you back to

12    federal prison for up to two additional years in prison

13    without any credit for the time that you already served on

14    supervised release before you committed the violation.

11:59:24    15        Do you understand that?

16            THE DEFENDANT:  I understand that, sir.

17            THE COURT:  Also, if you violate the conditions

18    and I revoke your supervised release, I can impose another

19    term of supervised release after you serve the prison time

11:59:36    20    on the supervised release violation.

21        Now, if you commit another crime while you are on

22    supervised release, you could be sentenced to additional

23    years in prison and other punishment, depending upon what

24    the crime is, and I could run the jail time that I give

11:59:52    25    you on the supervised release violation in addition to and

```
 1   not concurrently with the jail time on the new crime.
 2       Do you understand that?
 3           THE DEFENDANT:  I understand, sir.
 4           THE COURT:  All right.  Finally, there is no
 5   parole in the federal prison system, and any prison
 6   sentence that you receive in this case will not be
 7   shortened by parole.
 8       Do you understand that?
 9           THE DEFENDANT:  Yes, sir, I understand.
10           THE COURT:  All right.  So you clearly understand
11   the charges against you and the range of punishment that
12   you face; is that right?
13           THE DEFENDANT:  That's correct.
14           THE COURT:  All right.  So, Counsel, I understand
15   that we do have a written plea agreement in this case; is
16   that right?
17           MS. EDWARDS:  Yes, Your Honor.
18           THE COURT:  All right.  Ms. Edwards, this is
19   being offered pursuant to Rule 11(c)(1)(A) and (B) of the
20   Federal Rules of Criminal Procedure.
21           MS. EDWARDS:  Yes.
22           THE COURT:  Would you please summarize for the
23   record the essential terms of the plea agreement.
24           MS. EDWARDS:  Yes, Your Honor.  The principle
25   terms of the plea agreement are that the defendant agrees
```

12:00:03
12:00:12
12:00:20
12:00:33
12:00:41

*Laura Wells, RPR, RMR, CRR, RDR*

1    to plead guilty to Counts One, Two, and Three of the

2    information, which Your Honor has just described to the

3    defendant.

4        If the Court determines that the defendant qualifies

12:00:53  5    for an adjustment under Section 3E1.1(a) of the United

6    States Sentencing Guidelines and the offense level prior

7    to the operation of 3E1.1(a) is 16 or greater, the United

8    States agrees to move under that section for an additional

9    one level reduction because defendant timely notified the

12:01:11  10   authorities of his intent to plead guilty, thereby

11   permitting the government to avoid preparing for trial and

12   to allocate its resources more efficiently.

13       The plea agreement includes the standard appellate

14   waiver in this district.

12:01:28  15       And the defendant and the United States have not as of

16   this date agreed upon the amount the defendant should pay

17   in forfeiture but they agree that they will try to get to

18   an agreed-upon forfeiture amount and money judgment prior

19   to the defendant's sentencing.

12:01:46  20       THE COURT:  Thank you.

21       Mr. Pozos, is that your understanding of the terms of

22   the plea agreement?

23       MR. POZOS:  It is, Your Honor.

24       THE COURT:  Have you gone over this with your

12:01:53  25   client?

1          MR. POZOS:  I have, Your Honor.

2          THE COURT:  Have you explained it to him to his

3    satisfaction?

4          MR. POZOS:  I have, Your Honor, in English and

12:01:57    5    Spanish.  He has received a Spanish translation as well.

6          THE COURT:  All right.

7      Mr. Gonzalez-Testino, is that your understanding of

8    the agreement that you have with the government?

9          THE DEFENDANT:  Correct, sir.

12:02:07    10          THE COURT:  All right.  And have you gone over

11    this with your attorney?

12          THE DEFENDANT:  Yes, sir.

13          THE COURT:  And has he answered all of your

14    questions to your satisfaction?

12:02:15    15          THE DEFENDANT:  All of my questions.

16          THE COURT:  All right.  So there are a couple of

17    important things to remember about this plea agreement.

18    I'm sure that your lawyer has probably gone over this with

19    you.  But the most important thing for you to remember is

12:02:25    20    that the agreement that you have is with the prosecutors

21    in this case and that your plea agreement does not bind me

22    or restrict me in any way when I determine your sentence

23    later on at the sentencing hearing.

24      Do you understand that?

12:02:38    25          THE DEFENDANT:  I understand that, sir, yes.

1          THE COURT:  I will determine your sentence
2  completely independent of this agreement.
3      Do you understand?
4          THE DEFENDANT:  Right.  I understand.
12:02:45   5          THE COURT:  All right.  Now, there are a couple
6  of things in here that are important.
7      Number one, there is the possibility that the
8  government might file a motion for downward departure in
9  this case if they believe that you have provided them with
12:02:56  10  substantial assistance.
11      Do you understand how this works?
12          THE DEFENDANT:  Yes, sir.  Completely.
13          THE COURT:  All right.  Okay.  I'm sure your
14  lawyer has explained it all to you, but there are two very
12:03:05  15  important things to remember about that particular
16  provision of your plea agreement.
17      Number one, no matter how much you cooperate with the
18  government and no matter how much information you give to
19  the government, even if you testify on behalf of the
12:03:18  20  government in some of these cases, it is up to the
21  government and the government alone whether that is
22  substantial assistance and will merit them filing this
23  motion in the first place.
24      Do you understand that?
12:03:32  25          THE DEFENDANT:  I understand that, sir.

*Laura Wells, RPR, RMR, CRR, RDR*

1           THE COURT:  There is no way that you can force

2  them to file this motion.  I can't even force them to file

3  it.  It's their decision and their decision alone.

4        Number two, even if the government files this motion

12:03:45  5  and asks me to give you a sentence lower than the

6  sentencing guidelines would recommend, there is no

7  guarantee that I'm going to agree with the government and

8  give you a lower sentence.

9        Do you understand that?

12:03:58  10           THE DEFENDANT:  I understand that, also.  Thank

11  you.

12           THE COURT:  The second important thing in your

13  plea agreement is that you are waiving your right to

14  appeal, which means that even though you don't know today

12:04:10  15  what your sentence is going to be, you are going to be

16  stuck with whatever it is.  You are not going to be able

17  to appeal it if you are unhappy with it later on.

18        Do you understand that?

19           THE DEFENDANT:  I understand that.

12:04:21  20           THE COURT:  All right.  But the government, on

21  the other hand, is not giving up its rights to appeal.

22        Do you understand that?

23           THE DEFENDANT:  Yes, sir.

24           THE COURT:  All right.  So what we are doing here

12:04:28  25  today with respect to your plea of guilty on these three

counts of the information is final.  And if at the
sentencing hearing later on the sentence that you receive
is longer than you expected, you are not going to be able
on that basis to come back here and try and withdraw your
guilty plea to these counts and start this process over
again.  You are not going to be able to do that.

        Do you understand that?

                THE DEFENDANT:  I understand that, sir.

                THE COURT:  All right.  So if you plead guilty
today and I accept your plea, then your guilt is
established, and we'll move to the sentencing process.
And this is a summary of what happens from this point on.

        The probation department conducts a presentence
investigation, and then they prepare a report to assist me
in sentencing.  And you can contribute to that report by
meeting with the probation department, along with your
attorneys, and providing them with information.  The
government does the same thing.

        And then you see the presentence report before I do.
And you can object to any errors that you think it
contains.  The government can do the same thing.

        The probation department then writes responses to any
objections that you raise or that the government has
raised.  And then they send the entire packet of
information to me so that I can review it prior to the

1   sentencing hearing.

2        And at the sentencing hearing everyone comes back to

3   court just like we are here today, and you and your

4   attorneys will have an opportunity to speak on your behalf

12:05:55   5   before I determine the sentence in your case.

6        Do you understand how this process works?

7            THE DEFENDANT:  I understand, sir.

8            THE COURT:  All right.  Even though I do the

9   sentencing, I have no idea, as I sit here today, what

12:06:05   10   sentence you are going to receive in this case.  I do not

11   know how the federal sentencing guidelines are going to

12   work in your case, and I will not know until after I

13   review the presentence report.  But I will decide all

14   disputed factual and legal issues.  And then I will

12:06:24   15   determine the appropriate sentencing guideline range.

16   That's the range of months that are recommended for your

17   sentence under the advisory guidelines.

18        In doing this, I do not use the beyond a reasonable

19   doubt standard that a criminal jury would use, and the

12:06:38   20   Rules of Evidence do not apply because the sentencing

21   process is much more informal than at trial.

22        So once I determine what the appropriate range of

23   months is for your sentence under the guidelines, I'm not

24   automatically required to give you a sentence within that

12:06:54   25   range of months.

1          Do you understand that?

2                    THE DEFENDANT:  I understand, sir.

3                    THE COURT:  I may give you a sentence within that

4     range if I think that is the appropriate sentence after

12:07:03    5     considering all of the factors that I'm required to

6     consider, but I can go above the top of the guideline

7     range.  And in your case, I could go all the way up to

8     five years in federal prison as the maximum sentence.

9          Do you understand that?

12:07:19   10                    THE DEFENDANT:  I understand, sir.

11                    THE COURT:  But I also have the ability to go

12     below the guideline range and give you a sentence less

13     than recommended by the advisory guidelines if I think

14     that is the appropriate sentence for you, and I can do

12:07:33   15     that regardless of whether the government files a motion

16     or not.  That's completely within my discretion.

17          Do you understand that?

18                    THE DEFENDANT:  I understand, Your Honor.

19                    THE COURT:  All right.  So finally, before I can

12:07:45   20     take a guilty plea from you or accept a guilty plea from

21     you, I have to make a determination that there is a

22     factual basis for your plea of guilty, and I assume this

23     is contained in your written plea agreement.  So you have

24     gone over this with your attorneys.

12:07:59   25          But let me ask, Mr. Pozos, does your client waive the

1   formal reading of the information at this point?

2          MR. POZOS:  He does, Your Honor.

3          THE COURT:  All right.  Thank you.

4      So what I'm going to do now, sir, is I'm going to ask

12:08:09   5   Ms. Edwards if she will summarize the facts that she

6   believes the government can prove about you in this case.

7   When she finishes, I'm going to ask you if those facts are

8   true.

9      All right, Ms. Edwards.

12:08:23   10          MS. EDWARDS:  If this case were to proceed to

11   trial, the United States could prove each element of the

12   offenses contained in the information beyond a reasonable

13   doubt and would offer the following facts, among others,

14   to establish the defendant's guilt.

12:08:36   15      At all relevant times the defendant, who is a dual

16   United States and Venezuelan citizen, and his

17   co-conspirators controlled multiple companies based in the

18   United States, Panama, and Europe that supplied equipment

19   and services to Petroleos de Venezuela S.A. or PDVSA, the

12:08:56   20   Venezuelan state-owned and state-controlled oil company.

21      Bariven S.A. or Bariven was a wholly-owned subsidiary

22   of PDVSA that at all relevant times was responsible for

23   procuring goods and services on behalf of PDVSA.

24      Citgo Petroleum Corporation or Citgo was a

12:09:13   25   Houston-based subsidiary of PDVSA that acted primarily as

*Laura Wells, RPR, RMR, CRR, RDR*

1    a refiner, transporter, and marketer of petroleum-based

2    products but also procured goods and services on behalf of

3    PDVSA through its Special Projects group.

4        PDVSA and its subsidiaries were responsible for the

12:09:29  5    exploration, production, refining, transportation, and

6    trade and energy resources in Venezuela and provided

7    funding for other operations of the Venezuelan government.

8        From in or about 2012 through in or about 2018 the

9    defendant agreed with the individuals identified as

12:09:47  10   co-conspirators one through five in the information and

11   others, including the individual identified as Employee A

12   in the information, to pay bribes and other things of

13   value to PDVSA officials in order to obtain or retain

14   business with PDVSA.

12:10:03  15       Specifically, the defendant agreed to and did pay

16   bribes to PDVSA officials in exchange for their assistance

17   to and business advantages for defendant, his

18   co-conspirators and their companies, including helping

19   them win PDVSA contracts, providing the defendant and his

12:10:20  20   co-conspirators with inside information concerning the

21   PDVSA bidding process, helping to conceal defendant and

22   his co-conspirators control of multiple companies that

23   participated in certain bidding panels for PDVSA projects,

24   and assisting defendant in receiving priority over other

12:10:37  25   vendors and receiving payment for previously awarded PDVSA

1    contracts.

2        Defendant, his co-conspirators, and others working at

3    their direction provided things of value to PDVSA

4    officials, sometimes at the official's request, in

12:10:52    5    exchange for their assistance to defendant's companies,

6    including money, meals, concert tickets, Super Bowl and

7    other sports tickets, recreational travel and

8    entertainment, and luxury items including jewelry and

9    watches.

12:11:06    10        The PDVSA officials to whom defendant and his

11    co-conspirators paid bribes included but were not limited

12    to Alfonso Gravina, Cesar Rincon, and the individuals

13    referenced in the information as Officials A, B, C, D,

14    and E.

12:11:23    15        Gravina held a number of positions at PDVSA related to

16    the purchase of energy services and equipment, including

17    purchasing manager, until he left PDVSA in 2014.  During

18    the time that Gravina was a PDVSA official, defendant and

19    his co-conspirators paid Gravina at least $233,000 in

12:11:42    20    bribes in exchange for Gravina's official acts,

21    assistance, and other business advantages for defendant's

22    business with PDVSA.

23        Cesar Rincon held a number of positions at PDVSA and

24    Bariven and was ultimately named a high-level Bariven

12:11:58    25    executive in or about January of 2012.  During the time

1  that Cesar Rincon was a high-level executive at Bariven,

2  defendant and his co-conspirators paid Mr. Rincon at least

3  $629,000 in bribes in exchange for Rincon's official acts,

4  assistance, and other business advantages for defendant's

12:12:17  5  business with PDVSA.

6    Official A was employed by Citgo in the Special

7  Projects group between approximately 2015 and 2018.

8  During the time that Official A was a Citgo official,

9  defendant and his co-conspirators paid Official A at least

12:12:33  10  $342,000 in bribes in exchange for Official A's acts,

11  assistance, and other business advantages for defendant's

12  business with PDVSA.

13    Official B was employed by Citgo between approximately

14  2010 and 2018 and worked in the Special Projects group

12:12:51  15  between approximately 2012 and 2015.  During the time that

16  Official B was a Citgo official, defendant and his

17  co-conspirators paid Official B more than $640,000 in

18  bribes in exchange for Official B's official acts,

19  assistance, and other business advantages for defendant's

12:13:10  20  business with PDVSA.  In addition, defendant arranged for

21  Official B to participate in commercial real estate

22  investments in the Houston area through which Official B

23  received a disproportionally favorable interest in the

24  investments relative to the amount of capital Official B

12:13:28  25  contributed in exchange for Official B's ongoing

1   assistance to defendant's companies.

2       Official C was employed by Citgo in the Special

3   Projects group between approximately 2014 and 2018.

4   During the time that Official C was a Citgo official,

5   defendant and his co-conspirators paid Official C at least

6   $25,000 in bribes in exchange for Official C's official

7   acts, assistance, and other business advantages for

8   defendant's business with PDVSA.

9       Official D was employed by Citgo in the Special

10  Projects group between approximately 2014 and 2018.

11  During the time that Official D was a Citgo official,

12  defendant and his co-conspirators paid Official D at least

13  $36,000 in bribes in exchange for Official D's official

14  acts, assistance, and other business advantages for

15  defendant's business with PDVSA.  Specifically, on or

16  about July 28th, 2017, defendant caused a $30,575 wire

17  transfer from a Curacao bank account under his control to

18  an account controlled by Official D's nephew located in

19  the Southern District of Texas.  The July 28th, 2017, wire

20  transfer was a bribe payment to Official D.

21      Official E was employed as a senior executive of Citgo

22  from approximately June of 2013 through approximately

23  November 2017.  During the time that Official E was a

24  Citgo official, defendant used companies owned by two

25  relatives of Official E as subcontractors on defendant's

1   PDVSA awarded contracts.  Defendant did so at Official E's

2   direction, and defendant understood that Official E was to

3   receive a portion of the subcontract revenues from

4   Official E's relatives.  In addition, while Official E was

12:15:25  5   a Citgo official, defendant provided Official E with

6   original artwork and at least one flight on a private jet

7   chartered by defendant.  Defendant paid and provided these

8   things of value to Official E in exchange for Official E's

9   official acts, assistance, and other business advantages

12:15:42 10   for defendant's businesses.

11      Defendant attempted to and did maintain and conceal

12   the scheme by sending bribe payments to bank accounts into

13   which PDVSA officials could receive bribe payments that

14   were not in the names of the PDVSA officials but instead

12:15:58 15   in the names of companies, intermediaries, relatives,

16   friends, and close personal associates of the PDVSA

17   officials.

18      During the time set forth in the information the

19   defendant used encrypted messaging services to communicate

12:16:11 20   with his co-conspirators, routinely deleted BlackBerry

21   messages on his personal devices and other documents,

22   monitored electronic communications of his

23   co-conspirators, employees and others without their

24   knowledge, and discussed with Gravina Mr. Gravina's

12:16:28 25   cooperation with the government's investigation.

1        Finally, for each year including and between 2015 and

2    through at least 2017, the defendant had financial

3    interests in or signatory authority over foreign bank

4    accounts that required a report of foreign bank account

12:16:45    5    and financial accounts, which is a FinCEN Report 114,

6    commonly known as an FBAR report.  Defendant had financial

7    interest in or signature authority over foreign bank

8    accounts held in the names of companies he controlled,

9    including Companies A, B, and C in the information as well

12:17:05   10    as other foreign bank accounts held in his own name.  The

11    defendant failed to file FBAR reports for any of these

12    accounts.

13        Furthermore, in each of the defendant's tax filings

14    for 2015 through 2017 the defendant failed to report that

12:17:17   15    he had financial interests in or signature authority over

16    any foreign bank accounts.  He also falsely stated to his

17    accountant that he did not have control or authority over

18    any foreign bank accounts.

19            THE COURT:  Thank you, Ms. Edwards.

12:17:33   20        All right, sir.  You have heard the government's

21    attorney summarize the facts that she believes the

22    government can prove about you in this case.

23        Are those facts true?

24            THE DEFENDANT:  Correct, sir.

12:17:42   25            THE COURT:  All right.  The Court finds that

*Laura Wells, RPR, RMR, CRR, RDR*

1    there is a factual basis for the plea.  Let me ask you at

2    this time what is your plea to the charges against you in

3    Counts One, Two, and Three of the information?  Guilty or

4    not guilty?

12:17:54    5              THE DEFENDANT:  Guilty, Your Honor.

6              THE COURT:  And do you state here in court under

7    oath that each and every allegation in Counts One, Two,

8    and Three of the information are all true and correct?

9              THE DEFENDANT:  They are true and correct, Your

12:18:06    10   Honor.

11             THE COURT:  Now, are you making this plea of

12   guilty freely and voluntarily?

13             THE DEFENDANT:  Yes, Your Honor.

14             THE COURT:  Has anyone forced you, threatened

12:18:13    15   you, coerced you, or done any violence to you or any other

16   person to get you to plead guilty?

17             THE DEFENDANT:  No, Your Honor.

18             THE COURT:  Are you pleading guilty because of

19   any promise that's been made to you other than what is in

12:18:23    20   your written plea agreement?

21             THE DEFENDANT:  No, Your Honor.

22             THE COURT:  Are you pleading guilty to protect

23   someone else?

24             THE DEFENDANT:  No, Your Honor.

12:18:30    25             THE COURT:  Are you pleading guilty because you

```
 1   are guilty and for no other reason?

 2              THE DEFENDANT:  Correct, Your Honor, yes.

 3              THE COURT:  Have you read and do you understand

 4   the plea agreement?

 5              THE DEFENDANT:  Yes, sir.

 6              THE COURT:  Are you prepared to execute it under

 7   oath at this time?

 8              THE DEFENDANT:  Yes, correct, Your Honor.

 9              THE COURT:  Let's have it signed, please.

10         (Sotto voce discussion between counsel.)

11              THE COURT:  All right, sir.  I have been handed a

12   written plea agreement in your case; and I just want to

13   confirm with you on the record on Page 21 of the plea

14   agreement, is that your signature?

15              THE DEFENDANT:  That's correct, sir.

16              THE COURT:  And on Page 22 of the plea agreement,

17   is that your signature?

18              THE DEFENDANT:  That is my signature, correct.

19              THE COURT:  And on the addendum to the plea

20   agreement, Page 24, is that also your signature?

21              THE DEFENDANT:  That's also my signature, yes.

22              THE COURT:  Have you executed this plea agreement

23   freely and voluntarily after having had it fully explained

24   to you to your satisfaction by your attorneys?

25              THE DEFENDANT:  Yes, that's correct, Your Honor.
```

12:18:39 (line 5)
12:19:51 (line 10)
12:21:16 (line 15)
12:21:35 (line 20)
12:21:47 (line 25)

1          THE COURT:  All right.

2      Mr. Pozos, do you know of any reason why your client

3  should not plead guilty to these counts of the

4  information?

12:21:58    5          MR. POZOS:  I do not, Your Honor.

6          THE COURT:  Can you think of any additional

7  admonishments that I need to provide to the defendant at

8  this time?

9          MR. POZOS:  I believe you have covered it, Your

12:22:07   10  Honor.

11          THE COURT:  Ms. Edwards, can you think of

12  anything else?

13          MS. EDWARDS:  No, Your Honor.

14          THE COURT:  All right.  Thank you.

12:22:11   15      These are the Court's findings.  I find that the

16  defendant is clearly mentally competent and capable of

17  entering an informed plea.

18      I find that the plea is supported by independent facts

19  establishing all of the elements of the offense and that

12:22:23   20  the defendant intended to do the acts he committed.

21      I find that the defendant's plea of guilty is

22  voluntarily, freely, and knowingly made and that the

23  defendant understands the nature of these proceedings and

24  the consequences of his plea of guilty and that this is an

12:22:38   25  informed plea.

*Laura Wells, RPR, RMR, CRR, RDR*

1    Therefore, sir, I accept your plea of guilty and I

2    find you guilty as charged in Counts One, Two, and Three

3    of the information.

4        As I explained before, a presentence investigation

12:22:50    5    will now be conducted, and a report will be prepared to

6    assist me in sentencing.  The sentencing in this case is

7    set for August the 28th at --

8            CASE MANAGER:  10:00.

9            THE COURT:  -- 10:00 a.m. in this courtroom.

12:23:04    10    Rhonda has a copy of the order for the presentence

11    investigation with disclosure and sentencing dates for

12    both counsel.

13        Now we need to talk about bond.  What have we done

14    with respect to that, Ms. Edwards?

12:23:19    15            MS. EDWARDS:  Your Honor, the government and

16    counsel for the defendant have had what I would describe

17    as productive discussions about the conditions that the

18    government thinks would be appropriate were

19    Mr. Gonzalez-Testino to be released on bond.  They have

12:23:34    20    not all been met yet as of today, but we are working

21    toward it.

22            THE COURT:  All right.  So you are going to

23    submit something later?  At this point, he is going to

24    remain detained?

12:23:46    25            MR. POZOS:  Your Honor, we think -- we understand

*Laura Wells, RPR, RMR, CRR, RDR*

12:23:57

1  you had some concerns potentially about the conditions of

2  Mr. Gonzalez-Testino's release.  We thought it would be

3  productive today to lay out what we were thinking in terms

4  of the conditions that we have discussed with the

5  government to see if there are additional terms or

6  considerations that Your Honor would feel we should

7  incorporate into our bond package once we finalize some of

8  the details of these different packages.

9       So with Your Honor's permission, may I summarize the

12:24:11  10  conditions?

11            THE COURT:  Yes, please.

12            MR. POZOS:  First, obviously, the standard

13  conditions of any bond-backed supervised release would be

14  agreed to by Mr. Gonzalez in the forum of this district.

12:24:21  15       With respect to the amount of bond, the proposal would

16  be to do a $5 million signature bond which would then be

17  secured by $2 million in property.  Operationally, the way

18  that we would do that is that there would be a quitclaim

19  deed for that property that would be placed in an escrow

12:24:37  20  agreement so that in the event that Mr. Gonzalez were not

21  to comply with the terms and conditions of his bond that

22  property would be available and subject to the quitclaim

23  deed immediately.

24       With respect to cosigners for that bond, we would

12:24:51  25  offer cosigners for the Court's approval.  At this point,

1    family members are willing to cosign that bond.

2    Mr. Gonzalez's brother Alex is here in court and willing

3    to do that.  His uncle Carlos Testino is here in court and

4    willing to do that.  His wife Maria Diaz is here in court

12:25:09   5    and willing to do that.  So those are sureties that we

6    would proffer as well as cosigners on the bond.

7         With respect to the property, Mr. Gonzalez's brother

8    Alex would also be the individual who would be posting

9    that property.  So he would be both a surety and posting

12:25:23   10    that collateral.

11         With respect to the additional conditions of this

12    proposal, Mr. Gonzalez would, of course, agree to home

13    confinement and electronic monitoring.  He is proposing to

14    serve that home confinement and electronic monitoring in

12:25:37   15    Miami, but he is also willing to do that here in the

16    district if the Court has a preference as between keeping

17    him here in Houston or having him be closer to family in

18    Miami.

19         Of course, he is willing to surrender outstanding

12:25:48   20    passports.  He has surrendered his last two passports

21    today to the agents as part of this package, and he is, of

22    course, willing to submit to such other supervision as

23    pretrial services may require, a weekly phone call, those

24    sorts of things.

12:26:03   25         Finally, Your Honor, with respect to one of the

1  trickier aspects, Mr. Gonzalez has agreed with the

2  government that his family needs to sell a jet that he has

3  traveled upon in the past.  That's a jet which is

4  currently with a charter service in South Florida.  We

12:26:15  5  discussed that with the government.  That is one of the

6  items that he will need some time to implement divesting

7  his family of that particular aircraft.

8      So, you know, with that said, Your Honor, I would be

9  remiss if I didn't, you know, note that there were

12:26:31  10  concerns at the initial hearing about Mr. Gonzalez's risk

11  of flight, which I understand were incorporated into the

12  order of Judge Bray on detention.

13      We would respectfully submit that while we disagree

14  with the idea that Mr. Gonzalez was attempting to flee, we

12:26:48  15  are just in a very different place right now.  Mr.

16  Gonzalez is here and has accepted responsibility.  He has

17  begun his cooperation with the government.  He has met

18  with them several times.

19      One of the reasons that we really are pushing for

12:26:57  20  this, Your Honor, is we do think that his cooperation will

21  be aided if he does receive a bond, and we're happy to

22  come up to sidebar and explain the particular mechanics of

23  why that is.  But there are particular activities that we

24  really think would be of advantage to the government and

12:27:10  25  to Mr. Gonzalez that he really isn't in a position to do

1  while he is detained at the FDC in terms of obtaining

2  certain information which we believe is of value,

3  substantial value to the government.

4      And, you know, for those reasons we think that we are

12:27:24   5  just simply in a very different place than we were back in

6  September.  And with the support of the government,

7  Mr. Gonzalez's commitment to taking responsibility and

8  doing everything that he can to work towards a potential

9  5K recommendation, we would submit that these conditions

12:27:39  10  are sufficient to satisfy the Bail Reform Act and assure

11  his appearance.

12      THE COURT:  Ms. Edwards, what do you say?

13      MS. EDWARDS:  Mr. Pozos has accurately described

14  all the conditions that we have talked about.  I have one

12:27:51  15  small addition, which is that we had discussed previously,

16  just because the defendant has a number of passports, four

17  that are now in the government's possession as of today,

18  is having a brief colloquy with the defendant and we would

19  ask Your Honor to put him under oath just so he can

12:28:05  20  confirm those are the only passports he has and he

21  understands he cannot obtain any others.

22      THE COURT:  All right.  He is under oath already.

23  So have you turned over all of the passports that you

24  currently possess in your name?

12:28:18  25      THE DEFENDANT:  All passports are in the agents

*Laura Wells, RPR, RMR, CRR, RDR*

1   hands.

2           THE COURT:  All right.  Do you have passports in

3   any other names other than your own name?

4           THE DEFENDANT:  No.  No more passports in any

12:28:29   5   other names.

6           THE COURT:  All right.  So you understand that

7   you are not allowed, if you are released on bond, to

8   obtain any other passports?

9       Do you understand that?

12:28:38   10          THE DEFENDANT:  Correct.  Understood.  I

11  understand.

12          THE COURT:  Do you have a preference,

13  Ms. Edwards, about whether he would reside here or in

14  Florida if he were to be released on bond?

12:28:47   15          MS. EDWARDS:  If he were to be released on bond,

16  assuming this is after the jet, which I think is in

17  Florida, is sold then, no, we do not have a preference

18  between Houston and Miami.

19          THE COURT:  All right.  So the conditions that

12:28:59   20  Mr. Pozos has outlined are acceptable to the government

21  with respect to putting him on bond and releasing him?

22          MS. EDWARDS:  Yes, Your Honor.

23          THE COURT:  Except that the only condition that

24  hasn't been fulfilled is the sale of the jet; is that

12:29:10   25  correct?

1          MR. POZOS:  Yes, Your Honor.  We still need to

2     execute some of the escrow paperwork that's just

3     ministerial at this point.

4          MS. EDWARDS:  And if -- Your Honor, if we could

12:29:24   5     approach the bench.

6          (At the bench.)

7          (Bench conference sealed and not attached hereto.)

8          (Open court.)

9          THE COURT:  All right.  Is there anything

12:31:34  10     further, Ms. Edwards, at this time?

11          MS. EDWARDS:  Your Honor, I would just ask if you

12     could clarify on the record.  I believe the entire docket

13     in this case is still sealed.  The only thing from our

14     understanding that needs to be sealed is the actual plea

12:31:46  15     agreement itself, but the information and anything else on

16     the docket should be public.

17          THE COURT:  All right.  The plea agreement will

18     remain sealed and everything else will be unsealed.

19          MS. EDWARDS:  Thank you.

12:31:56  20          THE COURT:  Thank you.  I need to let Rhonda know

21     that, too.

22       All right.  Anything else from the defendant's

23     perspective at this point?

24          THE DEFENDANT:  No, Your Honor.

12:32:03  25          THE COURT:  Thank you.  Then we're adjourned.

*Laura Wells, RPR, RMR, CRR, RDR*

1  Oh, there you are.  I thought you snuck out.

2        (Sotto voce discussion between counsel.)

3            MR. POZOS:  Your Honor, the cosigners --

4            THE COURT:  Okay.  So the cosigners on the

12:32:23  5  bond -- hang on a second.  The cosigners on the bond, the

6  names have to be provided to pretrial because they have to

7  approve those people as signatories.

8            MR. POZOS:  Of course, Your Honor.  They are here

9  today.  We'll do those logistics.

12:32:39  10            THE COURT:  Thank you.  I think we're done.

11        (Proceedings concluded at 12:32 p.m.)

12  *Date:  November 27, 2024*

13              ***COURT REPORTER'S CERTIFICATE***

14      *I, Laura Wells, certify that the foregoing is a*

15  *correct transcript from the record of proceedings in the*

16  *above-entitled matter.*

17              _____/s/ Laura Wells_____

18            *Laura Wells, CRR, RMR*

19

20

21

22

23

24

25

*Laura Wells, RPR, RMR, CRR, RDR*

Concordance    48

**$**

$10,000 [1] - 9:20
$100 [3] - 6:11, 8:25, 10:7
$233,000 [1] - 32:19
$25,000 [1] - 34:6
$250,000 [3] - 6:6, 8:23, 10:6
$30,575 [1] - 34:16
$300 [1] - 6:14
$342,000 [1] - 33:10
$36,000 [1] - 34:13
$629,000 [1] - 33:3
$640,000 [1] - 33:17

**/**

/s [1] - 47:17

**1**

1 [2] - 1:7
1000 [1] - 1:10
10:00 [2] - 40:8, 40:9
11(c)(1)(A [1] - 22:19
114 [1] - 36:5
11:42 [1] - 1:4
12 [2] - 15:17, 17:19
12:32 [2] - 1:4, 47:11
1400 [1] - 1:14
16 [1] - 23:7
19-341 [1] - 3:3
19103-6996 [1] - 1:19

**2**

2 [1] - 41:17

**2000** [1] - 1:18
20005 [1] - 1:15
2010 [1] - 33:14
2012 [3] - 31:8, 32:25, 33:15
2013 [1] - 34:22
2014 [3] - 32:17, 34:3, 34:10
2015 [4] - 33:7, 33:15, 36:1, 36:14
2017 [5] - 34:16, 34:19, 34:23, 36:2, 36:14
2018 [5] - 31:8, 33:7, 33:14, 34:3, 34:10
2019 [1] - 1:5
202 [1] - 1:15
2024 [1] - 47:12
21 [1] - 38:13
215 [1] - 1:19
22 [1] - 38:16
227-4100 [1] - 1:23
2300 [1] - 1:11
24 [1] - 38:20
27 [1] - 47:12
28th [3] - 34:16, 34:19, 40:7
29 [1] - 1:5

**3**

305-6761 [1] - 1:15
3E1.1(a [2] - 23:5, 23:7

**4**

405 [1] - 1:21
49 [1] - 12:11
4:19-CR-00341-1 [1] - 1:3

**5**

5 [1] - 41:16

**515** [1] - 2:3
567-9000 [1] - 1:12
5K [1] - 44:9

**6**

601 [1] - 2:6
615 [1] - 2:6

**7**

713 [2] - 1:12, 1:23
77002 [3] - 1:11, 1:22, 2:4
77550 [1] - 2:6

**9**

910 [1] - 1:22
988-3327 [1] - 1:19

**A**

A's [1] - 33:10
a.m [1] - 40:9
A.M [1] - 1:4
ability [1] - 29:11
able [6] - 13:1, 14:22, 19:1, 26:16, 27:3, 27:6
above-entitled [1] - 47:16
accept [7] - 11:1, 15:7, 17:23, 19:1, 27:10, 29:20, 40:1
acceptable [1] - 45:20
accepted [2] - 19:17, 43:16
accepts [1] - 20:25
accomplish [1] - 5:20
Account [1] - 9:6
account [7] - 9:18, 9:19, 9:21, 9:22, 34:17, 34:18, 36:4

**accountant** [1] - 36:17
accounts [8] - 35:12, 36:4, 36:5, 36:8, 36:10, 36:12, 36:16, 36:18
accurately [1] - 44:13
Act [6] - 5:1, 5:9, 6:23, 7:13, 8:21, 44:10
act [4] - 7:12, 8:2, 8:5, 8:9
acted [2] - 7:9, 30:25
activities [1] - 43:23
acts [9] - 5:19, 32:20, 33:3, 33:10, 33:18, 34:7, 34:14, 35:9, 39:20
actual [1] - 46:14
addendum [1] - 38:19
addicted [1] - 13:8
addition [4] - 21:25, 33:20, 35:4, 44:15
additional [6] - 21:12, 21:22, 23:8, 39:6, 41:5, 42:11
adjourned [1] - 46:25
adjustment [1] - 23:5
administration [2] - 12:22, 12:23
administrative [1] - 3:15
admonishments [1] - 39:7
advantage [2] - 8:11, 43:24
advantages [8] - 31:17, 32:21, 33:4, 33:11, 33:19, 34:7, 34:14, 35:9
advice [4] - 14:6,

14:10, 15:5, 20:16
advise [1] - 4:22
advisory [2] - 28:17, 29:13
affect [2] - 8:8, 18:4
afternoon [1] - 3:20
agency [1] - 7:25
agent [1] - 7:6
agents [2] - 42:21, 44:25
agree [3] - 23:17, 26:7, 42:12
agreed [7] - 15:18, 23:16, 23:18, 31:9, 31:15, 41:14, 43:1
agreed-upon [1] - 23:18
agreement [25] - 5:8, 5:15, 22:15, 22:23, 22:25, 23:13, 23:22, 24:8, 24:17, 24:20, 24:21, 25:2, 25:16, 26:13, 29:23, 37:20, 38:4, 38:12, 38:14, 38:16, 38:20, 38:22, 41:20, 46:15, 46:17
agrees [2] - 22:25, 23:8
aided [1] - 43:21
aircraft [1] - 43:7
alcohol [2] - 13:19, 13:22
Alex [2] - 42:2, 42:8
Alfonso [1] - 32:12
allegation [1] - 37:7
alleged [3] - 5:24, 8:17, 9:25
allocate [1] - 23:12
allowed [2] - 16:15, 45:7

alone [2] - 25:21, 26:3
ALSO [1] - 1:24
America [1] - 3:3
AMERICA [2] - 1:3, 1:9
amount [5] - 8:23, 23:16, 23:18, 33:24, 41:15
answer [3] - 11:3, 11:22, 14:11
answered [2] - 20:9, 24:13
answers [2] - 11:23, 12:5
Antonio [2] - 1:17, 3:12
apologies [1] - 4:16
appeal [3] - 26:14, 26:17, 26:21
appear [1] - 16:12
appearance [2] - 4:1, 44:11
APPEARANC ES [2] - 1:8, 2:1
appellate [1] - 23:13
applies [1] - 21:6
apply [1] - 28:20
appoint [1] - 10:17
appointed [1] - 15:24
appreciate [1] - 3:9
approach [1] - 46:5
appropriate [5] - 28:15, 28:22, 29:4, 29:14, 40:18
approval [1] - 41:25
approve [1] - 47:7
approves [1] - 21:1
area [2] - 12:21,

33:22
argue [1] - 18:17
arguments [2] - 18:9, 18:11
ARRAIGNME NT [1] - 1:6
arranged [1] - 33:20
arrested [1] - 18:18
artwork [1] - 35:6
aside [2] - 18:10, 18:11
aspects [1] - 43:1
assessment [3] - 6:11, 8:25, 10:7
assist [3] - 8:12, 27:14, 40:6
assistance [12] - 25:10, 25:22, 31:16, 32:5, 32:21, 33:4, 33:11, 33:19, 34:1, 34:7, 34:14, 35:9
assisted [1] - 2:8
assisting [1] - 31:24
associates [1] - 35:16
assume [1] - 29:22
assuming [1] - 45:16
assure [1] - 44:10
attached [1] - 46:7
attack [1] - 19:2
attempted [1] - 35:11
attempting [1] - 43:14
ATTENDANC E [1] - 1:24
Attorney [6] - 1:9, 1:13, 1:13, 1:17, 1:20, 1:21
attorney [10] - 10:12, 10:17, 10:18, 13:25,

15:22, 15:24, 20:7, 24:11, 36:21
Attorney's [1] - 1:10
attorneys [10] - 10:13, 14:3, 14:9, 15:5, 15:23, 16:13, 27:17, 28:4, 29:24, 38:24
August [2] - 1:20, 40:7
authorities [1] - 23:10
authority [5] - 9:17, 36:3, 36:7, 36:15, 36:17
authorized [1] - 7:18
automatically [1] - 28:24
available [1] - 41:22
Avenue [1] - 1:14
avoid [1] - 23:11
awarded [2] - 31:25, 35:1
Ayala [1] - 2:2

**B**

B's [2] - 33:18, 33:25
backed [1] - 41:13
Bail [1] - 44:10
balance [1] - 9:19
bank [11] - 7:14, 9:17, 34:17, 35:12, 36:3, 36:4, 36:7, 36:10, 36:16, 36:18
Bank [1] - 9:6
Banker [2] - 1:20, 3:14
Bariven [5] - 30:21, 32:24, 33:1
based [3] - 30:17, 30:25, 31:1
basis [6] - 11:10,

20:3, 21:2, 27:4, 29:22, 37:1
BEFORE [1] - 1:7
begun [1] - 43:17
behalf [8] - 3:13, 16:15, 16:23, 17:3, 25:19, 28:4, 30:23, 31:2
believes [2] - 30:6, 36:21
below [1] - 29:12
bench [2] - 46:5, 46:6
Bench [1] - 46:7
best [2] - 20:12, 20:20
between [10] - 33:7, 33:13, 33:15, 34:3, 34:10, 36:1, 38:10, 42:16, 45:18, 47:2
beyond [12] - 5:6, 5:23, 7:3, 8:15, 9:12, 9:24, 16:3, 16:11, 17:17, 18:5, 28:18, 30:12
bidding [2] - 31:21, 31:23
Biddle [1] - 1:17
bind [1] - 24:21
bit [1] - 6:19
BlackBerry [1] - 35:20
bond [17] - 40:13, 40:19, 41:7, 41:13, 41:15, 41:16, 41:21, 41:24, 42:1, 42:6, 43:21, 45:7, 45:14, 45:15, 45:21, 47:5
bond-backed [1] - 41:13
Bowl [1] - 32:6
Bray [1] - 43:12
bribe [3] - 34:20, 35:12, 35:13
bribes [9] - 31:12,

31:16, 32:11, 32:20, 33:3, 33:10, 33:18, 34:6, 34:13
brief [1] - 44:18
brother [2] - 42:2, 42:7
burden [4] - 16:2, 16:5, 17:14
business [18] - 8:14, 9:14, 31:14, 31:17, 32:21, 32:22, 33:4, 33:5, 33:11, 33:12, 33:19, 33:20, 34:7, 34:8, 34:14, 34:15, 35:9
businesses [1] - 35:10

**C**

C's [1] - 34:6
cannot [1] - 44:21
capable [1] - 39:16
capacity [1] - 8:3
capital [1] - 33:24
Caracas [1] - 12:14
carefully [1] - 12:4
Carlos [1] - 42:3
carries [2] - 6:18, 21:7
Case [1] - 3:3
CASE [2] - 11:15, 40:8
case [25] - 6:13, 10:5, 10:12, 11:16, 14:16, 14:20, 15:22, 17:9, 17:15, 21:2, 21:4, 22:6, 22:15, 24:21, 25:9, 28:5, 28:10, 28:12, 29:7, 30:6, 30:10, 36:22, 38:12, 40:6, 46:13
cases [1] - 25:20

caused [2] - 7:10, 34:16

causing [1] - 7:13

certain [4] - 11:2, 21:8, 31:23, 44:2

CERTIFICATE [1] - 47:13

certify [1] - 47:14

Cesar [3] - 32:12, 32:23, 33:1

challenge [1] - 18:19

change [1] - 17:13

charge [4] - 5:2, 9:8, 10:18, 16:4

charged [4] - 4:25, 5:9, 5:12, 40:2

charges [9] - 4:23, 9:6, 14:19, 15:11, 15:13, 20:1, 21:4, 22:11, 37:2

Charles [2] - 1:20, 3:13

charter [1] - 43:4

chartered [1] - 35:7

chose [2] - 17:5, 17:12

Citgo [13] - 30:24, 33:6, 33:8, 33:13, 33:16, 34:2, 34:4, 34:9, 34:11, 34:21, 34:24, 35:5

citizen [4] - 7:7, 9:13, 19:13, 30:16

citizens [1] - 15:17

claim [1] - 18:20

clarification [1] - 4:14

clarify [1] - 46:12

clear [2] - 4:5, 11:7

clearly [3] - 18:25, 22:10, 39:16

client [5] - 14:18, 20:17, 23:25, 29:25, 39:2

client's [2] - 14:16, 20:20

close [1] - 35:16

closer [1] - 42:17

co [15] - 30:17, 31:10, 31:18, 31:20, 31:22, 32:2, 32:11, 32:19, 33:2, 33:9, 33:17, 34:5, 34:12, 35:20, 35:23

co-conspirators [15] - 30:17, 31:10, 31:18, 31:20, 31:22, 32:2, 32:11, 32:19, 33:2, 33:9, 33:17, 34:5, 34:12, 35:20, 35:23

coerced [1] - 37:15

coercion [1] - 11:5

collateral [1] - 42:10

colloquy [1] - 44:18

commerce [1] - 7:11

commercial [1] - 33:21

commit [1] - 21:21

commitment [1] - 44:7

committed [3] - 5:18, 21:14, 39:20

commonly [1] - 36:6

communicate [1] - 35:19

communications [1] - 35:22

companies [8] - 30:17, 31:18, 31:22, 32:5,

34:1, 34:24, 35:15, 36:8

Companies [1] - 36:9

company [1] - 30:20

compel [1] - 17:4

competent [2] - 15:1, 39:16

complete [1] - 18:24

completely [3] - 25:2, 25:12, 29:16

comply [3] - 21:8, 21:9, 41:21

Complying [1] - 11:14

computer [1] - 2:8

computer-assisted [1] - 2:8

conceal [2] - 31:21, 35:11

concern [3] - 7:5, 7:6

concerning [1] - 31:20

concerns [2] - 41:1, 43:10

concert [1] - 32:6

concluded [1] - 47:11

concurrently [1] - 22:1

condition [1] - 45:23

conditions [13] - 21:8, 21:10, 21:17, 40:17, 41:1, 41:4, 41:10, 41:13, 41:21, 42:11, 44:9, 44:14, 45:19

conducted [1] - 40:5

conducts [1] - 27:13

conference [1] - 46:7

confession [1] - 18:22

confident [1] - 14:18

confinement [2] - 42:13, 42:14

confirm [2] - 38:13, 44:20

consequences [2] - 11:7, 39:24

consider [1] - 29:6

considerations [1] - 41:6

considering [1] - 29:5

conspiracy [3] - 5:1, 5:18, 5:21

conspirators [16] - 5:17, 30:17, 31:10, 31:18, 31:20, 31:22, 32:2, 32:11, 32:19, 33:2, 33:9, 33:17, 34:5, 34:12, 35:20, 35:23

contained [2] - 29:23, 30:12

contains [1] - 27:21

continued [1] - 2:1

contracts [3] - 31:19, 32:1, 35:1

contribute [1] - 27:15

contributed [1] - 33:25

control [3] - 31:22, 34:17, 36:17

controlled [4] - 30:17, 30:20, 34:18, 36:8

convicted [12] - 5:5, 5:23, 6:5, 6:12, 7:2, 8:16, 9:11, 9:25, 10:5, 17:16, 18:12,

19:18

conviction [3] - 18:10, 18:19, 19:3

cooperate [2] - 14:22, 25:17

cooperation [3] - 35:25, 43:17, 43:20

copy [1] - 40:10

Corporation [1] - 30:24

corporation [1] - 7:8

correct [22] - 5:11, 10:24, 10:25, 13:3, 19:11, 19:12, 20:4, 20:5, 20:15, 22:13, 24:9, 36:24, 37:8, 37:9, 38:2, 38:8, 38:15, 38:18, 38:25, 45:10, 45:25, 47:15

Corrupt [5] - 5:1, 5:8, 6:22, 7:12, 8:21

corruptly [1] - 7:9

cosign [1] - 42:1

cosigners [6] - 41:24, 41:25, 42:6, 47:3, 47:4, 47:5

Counsel [1] - 22:14

counsel [5] - 3:7, 38:10, 40:12, 40:16, 47:2

count [2] - 6:12, 6:24

Count [9] - 4:25, 5:2, 5:24, 6:17, 6:21, 8:17, 9:5, 9:8, 10:1

counter [1] - 13:15

country [3] - 7:15, 7:16, 9:21

Counts [6] - 4:23, 10:23, 23:1, 37:3, 37:7, 40:2

counts [5] - 6:14,

21:7, 27:1, 27:5, 39:3
**couple** [2] - 24:16, 25:5
**course** [5] - 14:8, 42:12, 42:19, 42:22, 47:8
**court** [8] - 16:13, 16:22, 28:3, 37:6, 42:2, 42:3, 42:4, 46:8
**Court** [12] - 2:5, 3:2, 6:10, 10:17, 11:17, 15:3, 15:24, 19:24, 20:25, 23:4, 36:25, 42:16
**COURT** [134] - 1:1, 3:2, 3:9, 3:18, 3:20, 3:24, 4:10, 4:13, 4:18, 4:21, 5:4, 5:12, 6:2, 6:4, 6:10, 6:17, 7:1, 8:20, 9:4, 9:10, 10:4, 10:11, 10:16, 10:21, 11:1, 11:20, 12:3, 12:8, 12:10, 12:12, 12:15, 12:17, 12:20, 12:23, 13:1, 13:4, 13:8, 13:10, 13:14, 13:18, 13:21, 13:24, 14:2, 14:5, 14:8, 14:14, 14:18, 14:22, 14:25, 15:3, 15:16, 15:21, 16:2, 16:10, 16:18, 17:1, 17:12, 17:22, 18:2, 18:8, 18:16, 19:7, 19:13, 19:16, 19:23, 20:6, 20:9, 20:12, 20:16, 20:19, 20:22, 20:25, 21:17, 22:4, 22:10, 22:14, 22:18, 22:22, 23:20, 23:24, 24:2, 24:6, 24:10, 24:13, 24:16, 25:1, 25:5, 25:13, 26:1,

26:12, 26:20, 26:24, 27:9, 28:8, 29:3, 29:11, 29:19, 30:3, 36:19, 36:25, 37:6, 37:11, 37:14, 37:18, 37:22, 37:25, 38:3, 38:6, 38:9, 38:11, 38:16, 38:19, 38:22, 39:1, 39:6, 39:11, 39:14, 40:9, 40:22, 41:11, 44:12, 44:22, 45:2, 45:6, 45:12, 45:19, 45:23, 46:9, 46:17, 46:20, 46:25, 47:4, 47:10, 47:13
**Court's** [2] - 39:15, 41:25
**courtroom** [1] - 40:9
**covered** [1] - 39:9
**credit** [1] - 21:13
**crime** [3] - 21:21, 21:24, 22:1
**Criminal** [2] - 3:2, 22:20
**criminal** [3] - 19:24, 20:3, 28:19
**criminally** [1] - 8:24
**CRR** [2] - 2:5, 47:18
**Curacao** [1] - 34:17

---

## D

**D's** [2] - 34:13, 34:18
**Date** [1] - 47:12
**date** [1] - 23:16
**dates** [1] - 40:11
**days** [2] - 13:16, 13:19
**DC** [1] - 1:15

**de** [1] - 30:19
**decide** [1] - 28:13
**decision** [4] - 8:2, 8:9, 26:3
**deed** [2] - 41:19, 41:23
**defects** [1] - 18:17
**defendant** [50] - 3:11, 3:22, 4:7, 4:22, 7:4, 7:20, 8:13, 15:4, 22:25, 23:3, 23:4, 23:9, 23:15, 23:16, 30:15, 31:9, 31:15, 31:17, 31:19, 31:21, 31:24, 32:2, 32:10, 32:18, 33:2, 33:9, 33:16, 33:20, 34:5, 34:12, 34:16, 34:24, 35:1, 35:2, 35:5, 35:7, 35:11, 35:19, 36:2, 36:6, 36:11, 36:14, 39:7, 39:16, 39:20, 39:23, 40:16, 44:16, 44:18
**DEFENDANT** [94] - 1:16, 4:17, 4:20, 5:3, 6:1, 6:3, 6:9, 6:16, 6:25, 8:19, 9:9, 10:3, 10:10, 10:15, 10:20, 10:25, 11:14, 11:19, 12:2, 12:7, 12:9, 12:11, 12:13, 12:16, 12:18, 12:22, 12:25, 13:3, 13:7, 13:9, 13:13, 13:17, 13:20, 13:23, 14:1, 14:4, 14:7, 14:13, 15:15, 15:20, 16:1, 16:9, 16:17, 16:25, 17:11, 17:21, 18:1, 18:7, 18:15, 19:5, 19:12, 19:15, 19:22, 20:5, 20:8,

20:11, 20:15, 21:16, 22:3, 22:9, 22:13, 24:9, 24:12, 24:15, 24:25, 25:4, 25:12, 25:25, 26:10, 26:19, 26:23, 27:8, 28:7, 29:2, 29:10, 29:18, 36:24, 37:5, 37:9, 37:13, 37:17, 37:21, 37:24, 38:2, 38:5, 38:8, 38:15, 38:18, 38:21, 38:25, 44:25, 45:4, 45:10, 46:24
**Defendant** [1] - 1:24
**defendant's** [16] - 21:1, 23:19, 30:14, 32:5, 32:21, 33:4, 33:11, 33:19, 34:1, 34:8, 34:15, 34:25, 35:10, 36:13, 39:21, 46:22
**defenses** [1] - 19:2
**degree** [4] - 12:18, 12:19, 12:20, 12:21
**deleted** [1] - 35:20
**Department** [1] - 1:14
**department** [4] - 7:24, 27:13, 27:16, 27:22
**departure** [1] - 25:8
**derived** [1] - 8:24
**describe** [1] - 40:16
**described** [3] - 5:19, 23:2, 44:13
**details** [1] - 41:8
**detained** [2] - 40:24, 44:1
**detention** [2] - 4:2, 43:12

**determination** [1] - 29:21
**determine** [5] - 24:22, 25:1, 28:5, 28:15, 28:22
**determines** [1] - 23:4
**devices** [1] - 35:21
**Diaz** [1] - 42:4
**different** [3] - 41:8, 43:15, 44:5
**difficulty** [1] - 13:2
**directing** [1] - 8:14
**direction** [2] - 32:3, 35:2
**directly** [1] - 7:22
**director** [1] - 7:5
**disagree** [1] - 43:13
**disclose** [2] - 9:22, 9:23
**disclosure** [1] - 40:11
**discretion** [1] - 29:16
**discussed** [5] - 20:6, 35:24, 41:4, 43:5, 44:15
**discussion** [2] - 38:10, 47:2
**discussions** [1] - 40:17
**disproportiona lly** [1] - 33:23
**disputed** [1] - 28:14
**DISTRICT** [2] - 1:1, 1:1
**district** [4] - 15:17, 23:14, 41:14, 42:16
**District** [1] - 34:19
**divesting** [1] - 43:6
**DIVISION** [1] -

1:2
docket[2] - 46:12, 46:16
documents[1] - 35:21
domestic[3] - 7:5, 7:6
done[3] - 37:15, 40:13, 47:10
doubt[12] - 5:6, 5:23, 7:3, 8:16, 9:12, 9:25, 16:4, 16:11, 17:18, 18:5, 28:19, 30:13
downward[1] - 25:8
Drinker[1] - 1:17
drug[1] - 13:22
drugs[2] - 13:8, 13:18
dual[1] - 30:15
during[14] - 5:17, 9:15, 9:18, 9:20, 14:8, 17:1, 32:17, 32:25, 33:8, 33:15, 34:4, 34:11, 34:23, 35:18
duty[1] - 8:6

# E

E's[3] - 35:1, 35:4, 35:8
earphones[1] - 4:14
education[1] - 12:17
Edwards[13] - 1:13, 3:7, 3:10, 4:21, 22:18, 30:5, 30:9, 36:19, 39:11, 40:14, 44:12, 45:13, 46:10
EDWARDS[16] - 3:6, 4:3, 4:11, 9:3, 22:17, 22:21, 22:24, 30:10, 39:13, 40:15, 44:13, 45:15, 45:22, 46:4, 46:11,

46:19
efficiently[1] - 23:12
either[3] - 7:4, 8:2, 13:14
electronic[3] - 35:22, 42:13, 42:14
element[1] - 30:11
elements[1] - 39:19
employed[5] - 33:6, 33:13, 34:2, 34:9, 34:21
Employee[1] - 31:11
employee[2] - 7:5, 7:24
employees[1] - 35:23
encrypted[1] - 35:19
end[1] - 17:15
energy[2] - 31:6, 32:16
English[4] - 4:7, 4:18, 13:2, 24:4
enter[3] - 10:22, 15:1, 15:5
entered[2] - 11:5, 11:6
entering[2] - 19:8, 39:17
entertainment[1] - 32:8
entire[2] - 27:24, 46:12
entitled[4] - 10:11, 15:12, 15:21, 47:16
equipment[2] - 30:18, 32:16
errors[1] - 27:20
escrow[2] - 41:19, 46:2
essential[1] - 22:23
establish[1] - 30:14

established[2] - 17:23, 27:11
establishing[1] - 39:19
estate[1] - 33:21
Europe[1] - 30:18
event[1] - 41:20
Evidence[1] - 28:20
evidence[3] - 16:19, 17:8, 17:13
example[1] - 18:16
examples[1] - 18:24
exceeded[1] - 9:19
except[1] - 45:23
exchange[10] - 31:16, 32:5, 32:20, 33:3, 33:10, 33:18, 33:25, 34:6, 34:13, 35:8
execute[2] - 38:6, 46:2
executed[1] - 38:22
executive[3] - 32:25, 33:1, 34:21
exercise[1] - 17:5
existence[1] - 5:18
expected[1] - 27:3
explain[1] - 43:22
explained[7] - 19:10, 20:22, 21:3, 24:2, 25:14, 38:23, 40:4
exploration[1] - 31:5
extent[1] - 11:12

# F

face[1] - 22:12
faces[1] - 14:20
fact[3] - 11:10, 17:7, 17:12
factors[1] - 29:5
facts[8] - 14:16, 18:3, 30:5, 30:7, 30:13, 36:21, 36:23, 39:18
factual[3] - 28:14, 29:22, 37:1
fail[1] - 21:9
failed[3] - 9:22, 36:11, 36:14
failure[2] - 9:6, 9:23
false[1] - 11:24
falsely[2] - 11:22, 36:16
family[7] - 4:4, 4:7, 4:8, 42:1, 42:17, 43:2, 43:7
far[1] - 12:12
favorable[1] - 33:23
FBAR[2] - 36:6, 36:11
FDC[1] - 44:1
federal[5] - 19:25, 21:12, 22:5, 28:11, 29:8
Federal[1] - 22:20
felony[1] - 19:16
few[3] - 13:16, 13:19, 18:24
fifth[1] - 9:22
file[5] - 9:6, 25:8, 26:2, 36:11
files[2] - 26:4, 29:15
filing[1] - 25:22
filings[1] - 36:13
final[1] - 27:1
finalize[1] - 41:7

finally[4] - 22:4, 29:19, 36:1, 42:25
financial[6] - 9:16, 9:18, 36:2, 36:5, 36:6, 36:15
FinCEN[1] - 36:5
findings[1] - 39:15
fine[3] - 6:6, 8:22, 10:6
finishes[1] - 30:7
firearm[1] - 19:20
first[5] - 7:4, 9:13, 15:10, 25:23, 41:12
five[6] - 6:5, 7:19, 8:22, 10:5, 29:8, 31:10
flee[1] - 43:14
flight[2] - 35:6, 43:11
Florida[3] - 43:4, 45:14, 45:17
flow[1] - 7:15
following[3] - 5:6, 9:12, 30:13
FOR[2] - 1:9, 1:16
force[2] - 26:1, 26:2
forced[1] - 37:14
foregoing[1] - 47:14
foreign[17] - 7:19, 7:22, 7:23, 7:24, 7:25, 8:2, 8:4, 8:7, 8:8, 9:21, 36:3, 36:4, 36:7, 36:10, 36:16, 36:18
Foreign[6] - 5:1, 5:8, 6:22, 7:12, 8:21, 9:6
forfeiture[2] - 23:17, 23:18
formal[1] - 30:1
forth[1] - 35:18
forum[1] - 41:14

forward [1] - 18:17
four [4] - 7:17, 8:1, 8:10, 44:16
fourth [1] - 9:21
Fraud [1] - 1:14
freely [4] - 11:5, 37:12, 38:23, 39:22
friends [1] - 35:16
fulfilled [1] - 45:24
full [1] - 12:8
fully [3] - 14:22, 20:22, 38:23
funding [1] - 31:7
funds [2] - 10:17, 15:23
furtherance [1] - 7:12
furthermore [1] - 36:13
future [1] - 19:20

**G**

gain [2] - 6:7, 10:7
Galveston [1] - 2:6
gift [2] - 7:19, 7:21
given [1] - 7:22
God [1] - 11:18
GONZALEZ [2] - 1:5, 1:16
Gonzalez [15] - 1:24, 3:4, 3:13, 4:3, 12:9, 24:7, 40:19, 41:2, 41:14, 41:20, 42:12, 43:1, 43:14, 43:16, 43:25
Gonzalez's [4] - 42:2, 42:7, 43:10, 44:7
Gonzalez-Testino [6] - 1:24, 3:4, 4:3, 12:9, 24:7, 40:19
GONZALEZ-

TESTINO [2] - 1:5, 1:16
Gonzalez-Testino's [1] - 41:2
goods [2] - 30:23, 31:2
government [39] - 3:5, 5:5, 5:22, 7:2, 7:24, 7:25, 8:8, 8:9, 9:11, 16:11, 17:15, 23:11, 24:8, 25:8, 25:18, 25:19, 25:20, 25:21, 26:4, 26:7, 26:20, 27:18, 27:21, 27:23, 29:15, 30:6, 31:7, 36:22, 40:15, 40:18, 41:5, 43:2, 43:5, 43:17, 43:24, 44:3, 44:6, 45:20
government's [3] - 35:25, 36:20, 44:17
grand [2] - 19:25, 20:2
granted [1] - 3:18
Gravina [5] - 32:12, 32:15, 32:18, 32:19, 35:24
Gravina's [2] - 32:20, 35:24
GRAY [1] - 1:7
greater [2] - 8:25, 23:7
Gregorio [1] - 2:2
group [5] - 31:3, 33:7, 33:14, 34:3, 34:10
guarantee [1] - 26:7
guideline [3] - 28:15, 29:6, 29:12
Guidelines [1] - 23:6
guidelines [5] - 26:6, 28:11,

28:17, 28:23, 29:13
guilt [6] - 16:3, 16:10, 17:9, 17:23, 27:10, 30:14
guilty [43] - 6:13, 10:22, 11:2, 11:4, 11:8, 11:9, 11:11, 15:1, 15:6, 15:7, 15:9, 15:11, 15:12, 17:17, 17:22, 18:2, 18:8, 18:13, 19:1, 19:8, 23:1, 23:10, 26:25, 27:5, 27:9, 29:20, 29:22, 37:3, 37:4, 37:5, 37:12, 37:16, 37:18, 37:22, 37:25, 38:1, 39:3, 39:21, 39:24, 40:1, 40:2

**H**

hac [1] - 3:16
hand [2] - 11:13, 26:21
handed [1] - 38:11
hands [1] - 45:1
hang [1] - 47:5
happy [1] - 43:21
hear [1] - 16:14
heard [1] - 36:20
hearing [7] - 4:2, 14:9, 24:23, 27:2, 28:1, 28:2, 43:10
HEARING [1] - 1:6
held [6] - 17:6, 32:15, 32:23, 36:8, 36:10
help [1] - 11:18
helping [2] - 31:18, 31:21
hereto [1] - 46:7
high [2] - 32:24, 33:1

high-level [2] - 32:24, 33:1
highest [2] - 12:17, 12:18
hire [1] - 15:23
hired [1] - 15:22
hold [1] - 19:18
home [2] - 42:12, 42:14
Honor [67] - 3:6, 3:12, 3:15, 3:23, 4:6, 5:3, 5:11, 6:1, 6:9, 6:16, 6:25, 9:3, 9:9, 10:3, 10:10, 10:20, 10:25, 12:2, 12:7, 14:17, 14:21, 14:24, 15:2, 15:15, 16:25, 17:11, 17:21, 18:7, 19:6, 19:12, 20:5, 20:18, 20:24, 22:17, 22:24, 23:2, 23:23, 24:1, 24:4, 29:18, 30:2, 37:5, 37:10, 37:13, 37:17, 37:21, 37:24, 38:2, 38:8, 38:25, 39:5, 39:10, 39:13, 40:15, 40:25, 41:6, 42:25, 43:8, 43:20, 46:1, 46:4, 46:11, 46:24, 47:3, 47:8
Honor's [1] - 41:9
HONORABLE [1] - 1:7
HOUSTON [1] - 1:2
Houston [8] - 1:11, 1:22, 2:3, 2:4, 30:25, 33:22, 42:17, 45:18
Houston-based [1] - 30:25

**I**

idea [2] - 28:9, 43:14
identified [2] - 31:9, 31:11
III [1] - 1:20
illegal [2] - 13:18, 18:21
illness [1] - 13:5
immediately [1] - 41:23
implement [1] - 43:6
important [6] - 12:3, 24:17, 24:19, 25:6, 25:15, 26:12
impose [1] - 21:18
imprisonment [3] - 6:6, 8:22, 10:6
improper [1] - 8:10
IN [1] - 1:24
include [1] - 16:21
included [1] - 32:11
includes [2] - 7:13, 23:13
including [7] - 31:11, 31:18, 32:6, 32:8, 32:16, 36:1, 36:9
incorporate [1] - 41:7
incorporated [1] - 43:11
independent [2] - 25:2, 39:18
indicted [2] - 19:25, 20:2
indictment [5] - 4:24, 4:25, 5:10, 20:13, 21:1
indirectly [1] - 7:22
individual [3] - 7:7, 31:11, 42:8

individuals [2] - 31:9, 32:12

induce [2] - 8:4, 8:6

influence [4] - 8:2, 8:7, 8:9, 13:21

informal [1] - 28:21

information [36] - 5:9, 5:10, 5:13, 5:19, 5:24, 6:17, 6:21, 8:17, 9:5, 10:1, 10:23, 18:4, 19:24, 20:3, 20:14, 21:2, 21:7, 23:2, 25:18, 27:1, 27:17, 27:25, 30:1, 30:12, 31:10, 31:12, 31:20, 32:13, 35:18, 36:9, 37:3, 37:8, 39:4, 40:3, 44:2, 46:15

informed [3] - 11:6, 39:17, 39:25

initial [2] - 4:1, 43:10

innocence [1] - 16:8

innocent [2] - 16:5, 16:7

inside [2] - 7:15, 31:20

instead [1] - 35:14

instructed [1] - 17:7

instrumentalit y [4] - 7:11, 7:25, 8:8, 8:10

intelligently [1] - 15:4

intended [1] - 39:20

intent [2] - 5:16, 23:10

interest [5] - 9:16, 20:13, 20:20, 33:23, 36:7

interests [2] -

36:3, 36:15

intermediaries [1] - 35:15

interpreter [2] - 3:24, 4:19

Interpreter [1] - 2:2

INTERPRET ER [1] - 4:6

Interpreting [1] - 2:3

interpreting [2] - 3:25, 4:8

interstate [1] - 7:11

investigate [1] - 14:15

investigated [1] - 18:18

investigation [4] - 27:14, 35:25, 40:4, 40:11

investments [2] - 33:22, 33:24

involved [1] - 8:24

issues [1] - 28:14

items [2] - 32:8, 43:6

itself [1] - 46:15

## J

jail [2] - 21:24, 22:1

January [1] - 32:25

jet [5] - 35:6, 43:2, 43:3, 45:16, 45:24

jewelry [1] - 32:8

John [2] - 1:9, 3:8

joined [1] - 5:15

JOSE [2] - 1:5, 1:16

Jose [3] - 1:24, 3:3, 12:9

judge [1] - 15:18

Judge [2] - 4:11, 43:12

judgment [1] - 23:18

July [2] - 34:16, 34:19

June [1] - 34:22

jury [10] - 15:17, 15:18, 17:7, 17:17, 17:19, 18:5, 19:19, 19:25, 20:2, 28:19

justice [1] - 16:6

Justice [1] - 1:14

## K

keeping [1] - 42:16

kind [3] - 13:6, 17:13, 19:19

knowingly [3] - 5:18, 15:4, 39:22

knowledge [1] - 35:24

known [1] - 36:6

## L

Language [1] - 2:2

language [1] - 13:2

last [3] - 13:16, 13:19, 42:20

Laura [4] - 2:5, 47:14, 47:17, 47:18

law [1] - 14:16

Law [1] - 1:21

lawful [1] - 8:6

lawyer [2] - 24:18, 25:14

lay [1] - 41:3

least [9] - 5:7, 5:18, 32:19, 33:2, 33:9, 34:5, 34:12, 35:6, 36:2

left [1] - 32:17

legal [4] - 11:8, 15:9, 19:10, 28:14

less [1] - 29:12

level [5] - 12:17, 23:6, 23:9, 32:24, 33:1

limited [1] - 32:11

list [1] - 18:24

listen [1] - 12:4

located [1] - 34:18

Logan [1] - 1:18

logistics [1] - 47:9

lose [1] - 19:18

loss [2] - 6:7, 10:7

Louisiana [1] - 1:10

lower [2] - 26:5, 26:8

luxury [1] - 32:8

## M

Main [1] - 1:21

maintain [1] - 35:11

MANAGER [2] - 11:15, 40:8

manager [1] - 32:17

Manuel [1] - 12:9

Maria [1] - 42:4

marketer [1] - 31:1

master's [3] - 12:18, 12:20, 12:21

matter [5] - 3:15, 19:23, 25:17, 25:18, 47:16

maximum [4] - 6:5, 8:20, 10:4, 29:8

MAY [1] - 1:5

meals [1] - 32:6

mean [1] - 12:14

means [3] - 7:11, 7:23, 26:14

mechanical [1] - 2:7

mechanics [1] - 43:22

medication [3] - 13:14, 13:15

meeting [1] - 27:16

member [1] - 17:16

members [4] - 4:4, 4:8, 17:19, 42:1

mental [1] - 13:5

mentally [2] - 14:25, 39:16

mention [1] - 21:4

merit [1] - 25:22

messages [1] - 35:21

messaging [1] - 35:19

met [2] - 40:20, 43:17

Miami [3] - 42:15, 42:18, 45:18

might [1] - 25:8

MILLER [1] - 1:7

million [2] - 41:16, 41:17

ministerial [1] - 46:3

money [5] - 7:13, 7:15, 7:18, 23:18, 32:6

monitored [1] - 35:22

monitoring [2] - 42:13, 42:14

months [3] - 28:16, 28:23, 28:25

morning [6] - 3:6, 3:10, 3:12, 3:21, 3:25

most [1] - 24:19

motion [6] - 3:16, 25:8, 25:23, 26:2, 26:4, 29:15

move [2] - 23:8, 27:11

MR [22] - 3:12, 3:19, 3:23, 5:11,

Concordance 55

14:17, 14:21, 14:24, 15:2, 20:18, 20:21, 20:24, 23:23, 24:1, 24:4, 30:2, 39:5, 39:9, 40:25, 41:12, 46:1, 47:3, 47:8
**MS** [16] - 3:6, 4:3, 4:11, 9:3, 22:17, 22:21, 22:24, 30:10, 39:13, 40:15, 44:13, 45:15, 45:22, 46:4, 46:11, 46:19
**multiple** [2] - 30:17, 31:22
**must** [2] - 11:3, 21:8

## N

**name** [4] - 12:8, 36:10, 44:24, 45:3
**named** [1] - 32:24
**names** [6] - 35:14, 35:15, 36:8, 45:3, 45:5, 47:6
**nature** [1] - 39:23
**need** [13] - 4:19, 4:22, 11:4, 11:6, 11:10, 14:5, 14:9, 15:8, 39:7, 40:13, 43:6, 46:1, 46:20
**needs** [2] - 43:2, 46:14
**nephew** [1] - 34:18
**never** [1] - 17:13
**new** [1] - 22:1
**New** [1] - 1:14
**note** [1] - 43:9
**nothing** [1] - 11:17
**notified** [1] - 23:9
**November** [2] - 34:23, 47:12
**number** [6] - 8:6, 8:12, 18:9, 32:15, 32:23,

44:16
**Number** [6] - 5:7, 7:17, 7:19, 25:7, 25:17, 26:4

## O

**oath** [9] - 11:3, 11:13, 11:22, 11:25, 16:13, 37:7, 38:7, 44:19, 44:22
**object** [2] - 5:20, 27:20
**objections** [1] - 27:23
**obligation** [2] - 16:18, 17:3
**obtain** [3] - 31:13, 44:21, 45:8
**obtaining** [2] - 8:13, 44:1
**obviously** [1] - 41:12
**OF** [3] - 1:1, 1:3, 1:9
**offense** [8] - 5:5, 5:24, 7:2, 8:16, 9:11, 9:25, 23:6, 39:19
**offenses** [2] - 19:17, 30:12
**offer** [2] - 30:13, 41:25
**offered** [3] - 7:17, 7:21, 22:19
**Office** [1] - 1:10
**office** [1] - 19:19
**officer** [2] - 7:5, 7:23
**Official** [27] - 33:8, 33:9, 33:10, 33:16, 33:17, 33:18, 33:21, 33:22, 33:24, 33:25, 34:4, 34:5, 34:6, 34:11, 34:12, 34:13, 34:18, 34:20, 34:23, 34:25, 35:1, 35:2, 35:4, 35:5, 35:8
**official** [26] - 7:20,

7:23, 8:3, 8:4, 8:7, 32:18, 32:20, 33:3, 33:6, 33:8, 33:13, 33:16, 33:18, 34:2, 34:4, 34:6, 34:9, 34:11, 34:13, 34:21, 34:24, 35:5, 35:9
**official's** [2] - 8:6, 32:4
**officials** [7] - 31:13, 31:16, 32:4, 32:10, 35:13, 35:14, 35:17
**Officials** [1] - 32:13
**oil** [1] - 30:20
**old** [1] - 12:10
**omit** [1] - 8:5
**ON** [1] - 1:6
**once** [2] - 28:22, 41:7
**One** [11] - 1:18, 4:23, 4:25, 5:2, 5:24, 6:17, 10:23, 23:1, 37:3, 37:7, 40:2
**one** [17] - 5:7, 5:17, 5:19, 7:14, 8:1, 17:4, 21:6, 23:9, 25:7, 25:17, 31:10, 35:6, 42:25, 43:5, 43:19, 44:14
**ongoing** [1] - 33:25
**Open** [1] - 46:8
**open** [1] - 16:12
**operation** [1] - 23:7
**operationally** [1] - 41:17
**operations** [1] - 31:7
**opinion** [2] - 14:25, 20:19
**opportunity** [1] - 28:4
**order** [9] - 5:4, 5:20, 7:1, 9:10,

7:23, 8:3, 8:4, 8:7, 32:18, 32:20, 33:3, 33:6, 33:8, 33:13, 33:16, 33:18, 34:2, 34:4, 34:6, 34:9, 34:11, 34:13, 34:21, 34:24, 35:5, 35:9
16:10, 18:19, 31:13, 40:10, 43:12
**original** [1] - 35:6
**outlined** [1] - 45:20
**outside** [1] - 7:15
**outstanding** [1] - 42:19
**over-the-counter** [1] - 13:15
**overt** [1] - 5:19
**own** [3] - 17:2, 36:10, 45:3
**owned** [3] - 30:20, 30:21, 34:24

## P

**p.m** [1] - 47:11
**P.M** [1] - 1:4
**PA** [1] - 1:19
**package** [2] - 41:7, 42:21
**packages** [1] - 41:8
**packet** [1] - 27:24
**Page** [3] - 38:13, 38:16, 38:20
**paid** [9] - 7:17, 32:11, 32:19, 33:2, 33:9, 33:17, 34:5, 34:12, 35:7
**Panama** [1] - 30:18
**panels** [1] - 31:23
**paperwork** [1] - 46:2
**parole** [2] - 22:5, 22:7
**part** [1] - 42:21
**participate** [1] - 33:21
**participated** [1] - 31:23
**particular** [4] - 25:15, 43:7, 43:22, 43:23

**passports** [9] - 42:20, 44:16, 44:20, 44:23, 44:25, 45:2, 45:4, 45:8
**past** [1] - 43:3
**Patel** [2] - 1:13, 3:8
**pay** [5] - 6:11, 7:17, 23:16, 31:12, 31:15
**payment** [7] - 7:18, 7:19, 7:21, 8:1, 8:12, 31:25, 34:20
**payments** [2] - 35:12, 35:13
**PDVSA** [29] - 30:19, 30:22, 30:23, 30:25, 31:3, 31:4, 31:13, 31:14, 31:16, 31:19, 31:21, 31:23, 31:25, 32:3, 32:10, 32:15, 32:17, 32:18, 32:22, 32:23, 33:5, 33:12, 33:20, 34:8, 34:15, 35:1, 35:13, 35:14, 35:16
**Pearson** [2] - 1:9, 3:8
**pecuniary** [2] - 6:6, 10:7
**penalty** [3] - 6:5, 8:21, 10:4
**pending** [2] - 3:16, 20:3
**people** [1] - 47:7
**period** [6] - 6:18, 9:1, 9:15, 9:18, 9:20, 21:5
**perjury** [1] - 11:24
**permission** [1] - 41:9
**permitting** [1] - 23:11
**person** [5] - 5:7, 7:20, 8:14, 9:14, 37:16
**personal** [2] -

35:16, 35:21
perspective [1] - 46:23
Petroleos [1] - 30:19
Petroleum [1] - 30:24
petroleum [1] - 31:1
petroleum-based [1] - 31:1
Philadelphia [1] - 1:19
phone [1] - 42:23
place [3] - 25:23, 43:15, 44:5
placed [3] - 11:13, 11:21, 41:19
plea [46] - 10:22, 11:2, 11:4, 11:6, 11:11, 15:1, 15:5, 15:7, 17:23, 19:1, 19:8, 19:17, 22:15, 22:23, 22:25, 23:13, 23:22, 24:17, 24:21, 25:16, 26:13, 26:25, 27:5, 27:10, 29:20, 29:22, 29:23, 37:1, 37:2, 37:11, 37:20, 38:4, 38:12, 38:13, 38:16, 38:19, 38:22, 39:17, 39:18, 39:21, 39:24, 39:25, 40:1, 46:14, 46:17
plead [13] - 6:12, 6:13, 11:9, 15:9, 15:11, 17:22, 18:25, 23:1, 23:10, 27:9, 37:16, 39:3
pleaded [1] - 18:3
pleading [7] - 11:7, 18:2, 18:8, 18:13, 37:18, 37:22, 37:25

point [8] - 9:20, 14:9, 27:12, 30:1, 40:23, 41:25, 46:3, 46:23
portion [2] - 7:21, 35:3
position [1] - 43:25
positions [2] - 32:15, 32:23
possess [2] - 19:19, 44:24
possession [1] - 44:17
possibility [1] - 25:7
posting [2] - 42:8, 42:9
potential [1] - 44:8
potentially [1] - 41:1
Pozos [9] - 1:17, 3:13, 14:15, 20:16, 23:21, 29:25, 39:2, 44:13, 45:20
POZOS [22] - 3:12, 3:19, 3:23, 5:11, 14:17, 14:21, 14:24, 15:2, 20:18, 20:21, 20:24, 23:23, 24:1, 24:4, 30:2, 39:5, 39:9, 40:25, 41:12, 46:1, 47:3, 47:8
Practices [5] - 5:1, 5:8, 6:22, 7:13, 8:21
preference [3] - 42:16, 45:12, 45:17
prepare [1] - 27:14
prepared [2] - 38:6, 40:5
preparing [1] - 23:11
prescription [1] - 13:15
present [4] -

3:22, 4:9, 16:19, 17:13
presentence [5] - 27:13, 27:19, 28:13, 40:4, 40:10
presently [1] - 13:21
presumed [1] - 16:6
presumption [1] - 16:8
pretrial [2] - 42:23, 47:6
prevent [1] - 13:11
previously [2] - 31:25, 44:15
primarily [1] - 30:25
principle [1] - 22:24
priority [1] - 31:24
prison [8] - 21:9, 21:12, 21:19, 21:23, 22:5, 29:8
private [1] - 35:6
pro [1] - 3:15
probation [3] - 27:13, 27:16, 27:22
problem [1] - 4:17
problems [1] - 13:5
Procedure [1] - 22:20
proceed [4] - 20:3, 20:13, 21:2, 30:10
PROCEEDINGS [1] - 3:1
Proceedings [2] - 2:7, 47:11
proceedings [3] - 3:25, 39:23, 47:15
process [5] - 27:5, 27:11, 28:6, 28:21, 31:21

procured [1] - 31:2
procuring [1] - 30:23
produced [1] - 2:8
production [1] - 31:5
productive [2] - 40:17, 41:3
products [1] - 31:2
proffer [1] - 42:6
proficient [1] - 4:18
Projects [5] - 31:3, 33:7, 33:14, 34:3, 34:10
projects [1] - 31:23
promise [1] - 37:19
promised [2] - 7:17, 7:22
proof [1] - 17:14
property [6] - 8:24, 41:17, 41:19, 41:22, 42:7, 42:9
proposal [2] - 41:15, 42:12
proposing [1] - 42:13
prosecuted [1] - 18:18
prosecution [1] - 11:24
prosecutors [1] - 24:20
protect [1] - 37:22
prove [10] - 5:5, 5:22, 7:2, 9:11, 16:3, 16:5, 16:10, 30:6, 30:11, 36:22
proved [2] - 8:15, 9:24
proven [2] - 18:4, 18:5
provide [1] - 39:7

provided [6] - 25:9, 31:6, 32:3, 35:5, 35:7, 47:6
providing [2] - 27:17, 31:19
provision [1] - 25:16
psychological [1] - 13:5
public [4] - 8:3, 8:4, 19:19, 46:16
punishment [3] - 14:20, 21:23, 22:11
purchase [1] - 32:16
purchasing [1] - 32:17
purpose [3] - 5:14, 5:16, 5:20
purposes [1] - 8:1
pursuant [1] - 22:19
pushing [1] - 43:19
put [1] - 44:19
putting [1] - 45:21

Q

qualifies [1] - 23:4
questions [10] - 11:3, 11:22, 12:4, 12:5, 14:5, 14:11, 16:15, 20:9, 24:14, 24:15
quitclaim [2] - 41:18, 41:22

R

raise [3] - 11:12, 19:2, 27:23
raised [1] - 27:24
range [9] - 14:19, 22:11, 28:15, 28:16, 28:22, 28:25, 29:4, 29:7, 29:12

Concordance

rather [2] - 5:10, 18:13
RDR [1] - 2:5
RE [1] - 1:6
RE-ARRAIGNMENT [1] - 1:6
read [2] - 13:1, 38:3
reading [1] - 30:1
real [1] - 33:21
really [3] - 43:19, 43:24, 43:25
reason [2] - 38:1, 39:2
reasonable [12] - 5:6, 5:23, 7:3, 8:16, 9:12, 9:24, 16:4, 16:11, 17:17, 18:5, 28:18, 30:12
reasons [2] - 43:19, 44:4
Reath [1] - 1:17
receive [6] - 22:6, 27:2, 28:10, 35:3, 35:13, 43:21
received [2] - 24:5, 33:23
receiving [2] - 31:24, 31:25
recommend [1] - 26:6
recommendation [1] - 44:9
recommended [2] - 28:16, 29:13
record [4] - 22:23, 38:13, 46:12, 47:15
recorded [1] - 2:7
recreational [1] - 32:7
reduced [1] - 18:11
reduction [1] - 23:9
referenced [1] -

32:13
refiner [1] - 31:1
refining [1] - 31:5
Reform [1] - 44:10
regardless [1] - 29:15
related [1] - 32:15
relative [1] - 33:24
relatives [3] - 34:25, 35:4, 35:15
release [18] - 6:18, 6:20, 9:1, 9:4, 10:8, 21:5, 21:6, 21:7, 21:10, 21:11, 21:14, 21:18, 21:19, 21:20, 21:22, 21:25, 41:2, 41:13
released [5] - 21:9, 40:19, 45:7, 45:14, 45:15
releasing [1] - 45:21
relevant [5] - 9:15, 9:18, 9:20, 30:15, 30:22
remain [6] - 17:2, 17:6, 17:10, 17:14, 40:24, 46:18
remember [3] - 24:17, 24:19, 25:15
remiss [1] - 43:9
Report [2] - 9:7, 36:5
report [8] - 27:14, 27:15, 27:19, 28:13, 36:4, 36:6, 36:14, 40:5
Reporter [1] - 2:5
REPORTER'S [1] - 47:13
reports [1] - 36:11
represent [2] - 10:13, 10:18
represented [2]

- 10:12, 15:22
request [1] - 32:4
require [3] - 6:11, 16:22, 42:23
required [3] - 28:24, 29:5, 36:4
reside [1] - 45:13
resident [2] - 7:7, 9:14
resources [2] - 23:12, 31:6
respect [9] - 6:21, 26:25, 40:14, 41:15, 41:24, 42:7, 42:11, 42:25, 45:21
respectfully [1] - 43:13
responses [1] - 27:22
responsibility [2] - 43:16, 44:7
responsible [1] - 30:22, 31:4
restrict [1] - 24:22
retain [2] - 10:17, 31:13
retained [1] - 10:13
retaining [1] - 8:13
revenues [1] - 35:3
review [2] - 27:25, 28:13
revoke [2] - 21:11, 21:18
Rhonda [2] - 40:10, 46:20
rights [6] - 11:9, 15:9, 19:10, 19:18, 20:23, 26:21
Rincon [4] - 32:12, 32:23, 33:1, 33:2
Rincon's [1] - 33:3
risk [1] - 43:10
RMR [2] - 2:5, 47:18

Rosenberg [1] - 2:6
routinely [1] - 35:20
RPR [1] - 2:5
Rule [1] - 22:19
Rules [2] - 22:20, 28:20
run [1] - 21:24
Rusk [1] - 2:3

S

S.A [2] - 30:19, 30:21
sale [1] - 45:24
Sarah [2] - 1:13, 3:6
satisfaction [3] - 24:3, 24:14, 38:24
satisfied [1] - 14:2
satisfy [1] - 44:10
scheme [1] - 35:12
school [3] - 12:12, 12:13, 12:14
sealed [4] - 46:7, 46:13, 46:14, 46:18
search [1] - 18:21
second [3] - 5:14, 26:12, 47:5
secondly [2] - 7:9, 9:16
Section [2] - 1:14, 23:5
section [1] - 23:8
secure [1] - 8:10
secured [1] - 41:17
security [1] - 9:17
see [5] - 4:14, 9:2, 16:13, 27:19, 41:5
seeks [1] - 15:5
seizure [1] - 18:21
sell [1] - 43:2

send [2] - 21:11, 27:24
sending [1] - 35:12
senior [1] - 34:21
sentence [21] - 18:4, 18:11, 18:19, 19:3, 22:6, 24:22, 25:1, 26:5, 26:8, 26:15, 27:2, 28:5, 28:10, 28:17, 28:23, 28:24, 29:3, 29:4, 29:8, 29:12, 29:14
sentenced [1] - 21:22
Sentencing [1] - 23:6
sentencing [15] - 23:19, 24:23, 26:6, 27:2, 27:11, 27:15, 28:1, 28:2, 28:9, 28:11, 28:15, 28:20, 40:6, 40:11
September [1] - 44:6
serve [3] - 19:19, 21:19, 42:14
served [1] - 21:13
service [1] - 43:4
services [7] - 4:8, 30:19, 30:23, 31:2, 32:16, 35:19, 42:23
set [4] - 18:10, 18:11, 35:18, 40:7
seven [3] - 7:3, 8:12, 8:15
several [1] - 43:18
shortened [1] - 22:7
sick [1] - 13:10
sidebar [1] - 43:22
signatories [1] - 47:7
signatory [2] -

9:17, 36:3
signature [8] - 36:7, 36:15, 38:14, 38:17, 38:18, 38:20, 38:21, 41:16
signed [1] - 38:9
silence [1] - 17:8
silent [3] - 17:2, 17:6, 17:10
similar [1] - 19:2
simply [1] - 44:5
sit [1] - 28:9
six [4] - 8:1, 9:12, 9:23, 9:24
small [1] - 44:15
snuck [1] - 47:1
sold [1] - 45:17
solemnly [1] - 11:15
someone [1] - 37:23
sometimes [1] - 32:4
Sonali [2] - 1:13, 3:8
sorry [1] - 4:10
sorts [1] - 42:24
Sotto [2] - 38:10, 47:2
South [1] - 43:4
Southern [1] - 34:19
SOUTHERN [1] - 1:1
Spanish [3] - 2:2, 24:5
speaks [1] - 4:7
Special [5] - 31:3, 33:6, 33:14, 34:2, 34:9
special [3] - 6:11, 8:25, 10:7
specifically [2] - 31:15, 34:15
speedy [1] - 18:23
sports [1] - 32:7
Square [1] - 1:18
standard [3] -

23:13, 28:19, 41:12
start [1] - 27:5
state [5] - 7:14, 30:20, 37:6
state-controlled [1] - 30:20
state-owned [1] - 30:20
statement [1] - 11:24
STATES [3] - 1:1, 1:3, 1:9
States [11] - 3:3, 3:7, 9:14, 16:3, 19:14, 23:6, 23:8, 23:15, 30:11, 30:16, 30:18
statutory [2] - 6:5, 8:20
stenography [1] - 2:7
still [3] - 3:20, 46:1, 46:13
Street [1] - 1:21
stuck [1] - 26:16
subcontract [1] - 35:3
subcontractors [1] - 34:25
subject [1] - 41:22
subjected [1] - 18:21
submit [4] - 40:23, 42:22, 43:13, 44:9
subpoena [1] - 16:21
subsidiaries [1] - 31:4
subsidiary [2] - 30:21, 30:25
substantial [3] - 25:10, 25:22, 44:3
substantive [1] - 6:22
sufficient [1] -

44:10
Suite [4] - 1:11, 1:18, 1:22, 2:6
summarize [4] - 22:22, 30:5, 36:21, 41:9
summary [1] - 27:12
Super [1] - 32:6
supervised [17] - 6:18, 6:19, 9:1, 9:4, 10:8, 21:5, 21:7, 21:10, 21:11, 21:14, 21:18, 21:19, 21:20, 21:22, 21:25, 41:13
supervision [1] - 42:22
supplied [1] - 30:18
support [1] - 44:6
supported [1] - 39:18
sureties [1] - 42:5
surety [1] - 42:9
surrender [1] - 42:19
surrendered [1] - 42:20
swear [2] - 11:15, 11:19
system [2] - 16:6, 22:5

T

table [1] - 3:8
tax [1] - 36:13
term [1] - 21:19
terms [7] - 22:23, 22:25, 23:21, 41:3, 41:5, 41:21, 44:1
testify [4] - 16:12, 16:23, 17:2, 25:19
testimony [1] - 11:16
TESTINO [2] - 1:5, 1:16
Testino [7] - 1:24,

3:4, 4:3, 12:9, 24:7, 40:19, 42:3
Testino's [1] - 41:2
TEXAS [1] - 1:1
Texas [5] - 1:11, 1:22, 2:4, 2:6, 34:19
THE [229] - 1:7, 1:9, 1:16, 3:2, 3:9, 3:18, 3:20, 3:24, 4:6, 4:10, 4:13, 4:17, 4:18, 4:20, 4:21, 5:3, 5:4, 5:12, 6:1, 6:2, 6:3, 6:4, 6:9, 6:10, 6:16, 6:17, 6:25, 7:1, 8:19, 8:20, 9:4, 9:9, 9:10, 10:3, 10:4, 10:10, 10:11, 10:15, 10:16, 10:20, 10:21, 10:25, 11:1, 11:14, 11:19, 11:20, 12:2, 12:3, 12:7, 12:8, 12:9, 12:10, 12:11, 12:12, 12:13, 12:15, 12:16, 12:17, 12:18, 12:20, 12:22, 12:23, 12:25, 13:1, 13:3, 13:4, 13:7, 13:8, 13:9, 13:10, 13:13, 13:14, 13:17, 13:18, 13:20, 13:21, 13:23, 13:24, 14:1, 14:2, 14:4, 14:5, 14:7, 14:8, 14:13, 14:14, 14:18, 14:22, 14:25, 15:3, 15:15, 15:16, 15:20, 15:21, 16:1, 16:2, 16:9, 16:10, 16:17, 16:18, 16:25, 17:1, 17:11, 17:12, 17:21, 17:22, 18:1, 18:2, 18:7, 18:8, 18:15, 18:16, 19:5, 19:7, 19:12, 19:13,

19:15, 19:16, 19:22, 19:23, 20:5, 20:6, 20:8, 20:9, 20:11, 20:12, 20:15, 20:16, 20:19, 20:22, 20:25, 21:16, 21:17, 22:3, 22:4, 22:9, 22:10, 22:13, 22:14, 22:18, 22:22, 23:20, 23:24, 24:2, 24:6, 24:9, 24:10, 24:12, 24:13, 24:15, 24:16, 24:25, 25:1, 25:4, 25:5, 25:12, 25:13, 25:25, 26:1, 26:10, 26:12, 26:19, 26:20, 26:23, 26:24, 27:8, 27:9, 28:7, 28:8, 29:2, 29:3, 29:10, 29:11, 29:18, 29:19, 30:3, 36:19, 36:24, 36:25, 37:5, 37:6, 37:9, 37:11, 37:13, 37:14, 37:17, 37:18, 37:21, 37:22, 37:24, 37:25, 38:2, 38:3, 38:5, 38:6, 38:8, 38:9, 38:11, 38:15, 38:16, 38:18, 38:19, 38:21, 38:22, 38:25, 39:1, 39:6, 39:11, 39:14, 40:9, 40:22, 41:11, 44:12, 44:22, 44:25, 45:2, 45:4, 45:6, 45:10, 45:12, 45:19, 45:23, 46:9, 46:17, 46:20, 46:24, 46:25, 47:4, 47:10
thereby [1] - 23:10
therefore [1] - 40:1
thereof [1] - 8:8
thinking [1] - 41:3

thinks [1] - 40:18

third [3] - 5:17, 7:10, 9:19

threatened [1] - 37:14

Three [9] - 4:23, 9:5, 9:8, 10:1, 10:23, 23:1, 37:3, 37:8, 40:2

three [10] - 5:6, 5:22, 6:13, 6:18, 8:6, 9:1, 9:4, 10:8, 21:6, 26:25

tickets [2] - 32:6, 32:7

timely [1] - 23:9

TO [1] - 1:4

today [18] - 3:13, 13:10, 13:16, 13:19, 17:22, 18:2, 18:8, 19:8, 26:14, 26:25, 27:10, 28:3, 28:9, 40:20, 41:3, 42:21, 44:17, 47:9

top [1] - 29:6

toward [1] - 40:21

towards [1] - 44:8

trade [1] - 31:6

transaction [1] - 8:24

transcript [1] - 47:15

Transcript [1] - 2:8

transcription [1] - 2:8

transfer [2] - 34:17, 34:20

translation [2] - 4:4, 24:5

transportation [1] - 31:5

transporter [1] - 31:1

travel [1] - 32:7

traveled [1] - 43:3

treated [1] - 13:5

trial [14] - 15:12, 15:14, 15:16, 16:2, 17:1, 17:13, 17:16, 17:24, 18:12, 18:23, 19:9, 23:11, 28:21, 30:11

trickier [1] - 43:1

tried [1] - 15:17

true [4] - 30:8, 36:23, 37:8, 37:9

truth [3] - 11:17, 11:18

truthful [1] - 12:5

try [3] - 18:10, 23:17, 27:4

turned [1] - 44:23

twice [3] - 6:6, 8:23, 10:6

two [6] - 8:3, 21:12, 25:14, 26:4, 34:24, 42:20

Two [8] - 4:23, 6:21, 8:17, 10:23, 23:1, 37:3, 37:7, 40:2

## U

U.S [3] - 7:7, 7:8, 9:13

ultimately [1] - 32:24

unanimous [1] - 17:19

uncle [1] - 42:3

unconstitutional [1] - 18:22

under [18] - 7:12, 11:3, 11:13, 11:21, 11:25, 13:21, 16:6, 16:13, 17:3, 23:5, 23:8, 28:17, 28:23, 34:17, 37:6, 38:6, 44:19, 44:22

Understood [1] - 45:10

understood [2] - 6:1, 35:2

unhappy [1] - 26:17

United [11] - 3:3, 3:7, 9:14, 16:3, 19:13, 23:5, 23:7, 23:15, 30:11, 30:16, 30:18

UNITED [3] - 1:1, 1:3, 1:9

university [1] - 12:14

unlawful [3] - 5:14, 5:16, 7:12

unless [1] - 17:16

unsealed [1] - 46:18

up [13] - 3:17, 11:9, 15:9, 18:3, 18:9, 18:20, 19:9, 20:2, 21:12, 25:20, 26:21, 29:7, 43:22

US [1] - 1:10

## V

value [6] - 7:18, 31:13, 32:3, 35:8, 44:2, 44:3

vendors [1] - 31:25

Venezuela [4] - 12:13, 12:24, 30:19, 31:6

Venezuelan [3] - 30:16, 30:20, 31:7

verdict [1] - 17:18

versa [1] - 7:16

vice [2] - 3:16, 7:16

violate [3] - 5:1, 5:8, 21:17

violated [1] - 18:23

violating [1] - 8:21

violation [5] - 6:22, 8:5, 21:14, 21:20, 21:25

violence [1] - 37:15

voce [2] - 38:10, 47:2

Volume [2] - 1:7

voluntarily [4] - 15:4, 37:12, 38:23, 39:22

voluntary [1] - 11:5

vote [1] - 19:18

## W

waive [2] - 20:13, 29:25

waiver [2] - 21:1, 23:14

waiving [1] - 26:13

Washington [1] - 1:15

watches [1] - 32:9

weekly [1] - 42:23

Wells [4] - 2:5, 47:14, 47:17, 47:18

whichever [1] - 8:25

whole [1] - 11:17

wholly [1] - 30:21

wholly-owned [1] - 30:21

wife [1] - 42:4

willful [1] - 9:23

willfully [2] - 5:15, 7:9

willing [7] - 42:1, 42:2, 42:4, 42:5, 42:15, 42:19, 42:22

win [1] - 31:19

wire [2] - 34:16, 34:19

wired [1] - 7:13

wish [3] - 10:22, 15:10, 20:1

withdraw [1] - 27:4

witness [1] - 17:4

witnesses [4] - 16:12, 16:14, 16:19, 16:22

words [1] - 17:18

works [2] - 25:11, 28:6

write [1] - 13:1

writes [1] - 27:22

written [4] - 22:15, 29:23, 37:20, 38:12

## Y

year [1] - 36:1

years [12] - 6:5, 6:18, 8:22, 9:1, 9:4, 10:5, 10:8, 12:11, 21:6, 21:12, 21:23, 29:8

York [1] - 1:14

yourself [1] - 17:5

## §

§ [5] - 1:3, 1:4, 1:4, 1:5, 1:5